## Debi Cornwall

| | |
|---|---|
| **From:** | Ben-Sorek, Liora M [lben-sorek@nassaucountyny.gov] |
| **Sent:** | Monday, June 11, 2007 11:46 AM |
| **To:** | Debi Cornwall |
| **Subject:** | RE: Restivo and Halstead, et al. v. County of Nassau, et al.; CV-06-6720 (JS) (WDW) |

Dear Debi:

I received your call late last week regarding the status of discovery. Documents responsive to many of your requests are being collected and we are awaiting additional documentation. Accordingly, I have to ask for an extension of time to respond to your discovery demands. I should have an idea of how much time we will require within the next few days.

Very truly yours,

Liora Ben-Sorek

---

**From:** Debi Cornwall [mailto:debi@cnscivilrights.com]
**Sent:** Monday, June 11, 2007 11:26 AM
**To:** Ben-Sorek, Liora M
**Cc:** Mendelson, Sondra M; Monica Shah
**Subject:** RE: Restivo and Halstead, et al. v. County of Nassau, et al.; CV-06-6720 (JS) (WDW)

Dear Liora,

I hope you had a good weekend.

I left you a message last week inquiring about the status of access to the homicide files, as our discovery requests are now ude. Please call me with an update.

Thanks.

Best,
Debi Cornwall | Partner
Cochran Neufeld & Scheck, LLP
99 Hudson St., 8th Floor | New York, NY 10013
Tel (212) 965-9081 | Fax (212) 965-9084

This electronic message transmission contains information from the law firm of Cochran Neufeld & Scheck, LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-965-9081) immediately.

9/18/2007