## Debi Cornwall

**From:** Ben-Sorek, Liora M [lben-sorek@nassaucountyny.gov]
**Sent:** Monday, July 02, 2007 1:10 PM
**To:** Debi Cornwall
**Cc:** Mendelson, Sondra M
**Subject:** Restivo and Halstead, et al. v. County of Nassau, et al.

Dear Ms. Cornwall:

I just received notification that the policy and procedures as well as Internal Affairs Unit information which you requested has been forwarded from the Police Department's Legal Bureau to this Office. Upon review of same, any necessary redactions being completed, and Bates stamping, same shall be sent to you. It is anticipated that you will have that material within a week.

As for the remainder of your document requests, the items have been requisitioned and we are awaiting receipt. I hope this answers your inquiry.

Very truly yours,

Liora Ben-Sorek

Liora M. Ben-Sorek
Deputy Bureau Chief
General Litigation Bureau
Office of the Nassau County Attorney
One West Street
Mineola, New York 11501
(516) 571-3014

9/18/2007