**THOMAS R. SUOZZI**
County Executive



**LORNA B. GOODMAN**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
PHONE: 516-571-3056  FAX: 516-571-3058
Writer's Direct Line: 516-571-3014

July 18, 2007

Deborah Cornwall, Esq.
Cochran, Neufeld & Scheck
99 Hudson Street, 8th Floor
New York, New York 10013

      Re:    Restivo, Lullo, Halstead, et al. v. County of Nassau, et al.
              <u>CV-06-6720 (JS) (WDW)</u>

Dear Ms. Cornwall:

      In response to plaintiffs' discovery demands, please find enclosed the following documents:

      1. Internal Affairs Unit records responsive to demands 10(i)(j)(k) and (l), Bates stamped as pages 000001-000041.
      2. Training records for all defendants except Thomas Allen, Michael Connaughton and William Diel (for whom a search for records is continuing), in response to demand 10(d), Bates stamped as pages 000042-000066.
      3. Departmental policies and procedures from 1979 to present, in response to demands 18, 19, 20, 21 and 22, Bates stamped as pages 000067-000201.

      With respect to demand 27, please be informed that the defendants have been indemnified. In response to demand 28, the County of Nassau is self-insured.

                                        Very truly yours,

                                        Liora M. Ben-Sorek
                                        Deputy County Attorney

Enclosures