OFFICE OF MEDICAL EXAMINER
COUNTY OF NASSAU
SEROLOGY LABORATORY
ANALYSIS REPORT

CASE NO. __84-4854__

DECEASED: __FUSCO, THERESA__

---

Autopsy by Dr. __D. McCarthy__ on __December 6, 1984__

SPECIMENS SUBMITTED:    __X__ Blood    __X__ Stomach mucosa

__2/3__ Rectal Swabs/Smears    __3/2__ Vaginal Swabs/Smears

_____ Cervical Swabs/Smears    __2/3__ Mouth Swabs/Smears

__X__ Other: __Fingernail scrapings (3 tubes).__


SPECIMENS RECEIVED by __R. Baumann__ Date __December 6, 1984__

---

**Results:**

Whole Blood:    ABO group: $A_1$

　　　　　　　　MN type: NN

　　　　　　　　Rh factors:  c,D,E,e

　　　　　　　　Lewis type: a-b+    (secretor)

　　　　　　　　Esterase D type: 2-1

　　　　　　　　Phosphoglucomutase subtype: 2+1-

　　　　　　　　Glyoxalase I type: 2-2

　　　　　　　　Erythrocyte Acid Phosphatase type: BA

　　　　　　　　Adenosine Deaminase type: 1-1

　　　　　　　　Adenylate Kinase type: 1-1

　　　　　　　　Group Specific Component type: No reaction

Stomach mucosa:  A and H antigenic substances were detected.

The vaginal smears are positive for the presence of spermatozoa.

The anal and oral smears are negative for the presence of spermatozoa.

TR0000240

THE MEDICAL EXAMINER
COUNTY OF NASSAU
SEROLOGY LABORATORY
ANALYSIS REPORT

Page 2 of 2.

Case No. 84-4854

Results continued:

The vaginal swabs are positive for the presence of blood, acid phosphatase, and prostatic antigen.  A and H antigenic substances, Esterase D type: 2-1, Phosphoglucomutase type: 2-1, and Glyoxalase I type: 2-2 were detected on the vaginal swabs.  Phosphoglucomutase subtyping and Peptidase A typing gave inconclusive results.

No seminal material was detected on the anal or oral swabs.

Nothing of evidential value was detected in the fingernail scrapings.

Analysis completed on January 3, 1985.

Robert Baumann, B.S.

TR0000241