

# CBR LABORATORIES, INC.

800 HUNTINGTON AVENUE, BOSTON, MASSACHUSETTS 02115    (617) 731-6470  FAX (617) 738-0993

November 29, 1994

Mr. Thomas T. McVann, Jr.
P.O. Box 827
Westhampton Beach, NY 11978

Re: State of New York vs. Kogut, Halstead and Restivo
    CBRL Case No. F419

Dear Mr. McVann:

On June 23, 1994, a package was received via Federal Express from Lauren Galbreath, Lifecodes Corporation, 550 West Avenue, Stamford, CT 06902. Enclosed were the following items:

| CBRL Item | Description |
|---|---|
| 13720 | John Kogut, blood |
| 13721 | John Restivo, blood |
| 13722 | Dennis Halstead*, blood |
| 13723 | 84-4854, Tissue block, Fusco |
| 13745 | 84-4854, VAG Empty plastic tube |

\* On the tube the spelling of the name appeared to be "Halstep"

On September 20, 1994, a package was received via Federal Express from Bruce E. Whitney, District Attorney's Office, 262 Old County Court House, Mineola, NY 11501. Enclosed were a letter of authorization and the following items:

| CBRL Item | Description |
|---|---|
| 13553 | 84-4854, Oral swab, Teresa Fusco |
| 13554 | 84-4854, 2 Vaginal swabs, Teresa Fusco |
| 13555 | 84-4854, slide |

An attempt was made to extract DNA from all samples received. The sexual assault items were extracted by a two step method which will recover DNA from non-sperm cells usually associated with the victim called (the epithelial cell lysate) and recover DNA from any sperm cells present (called the male lysate). The DNA isolated from all the samples was then tested with the Perkin Elmer Amplitype$^R$ HLA-DQα kit. The results were as follows:

A SUBSIDIARY OF THE CENTER FOR BLOOD RESEARCH
HARVARD MEDICAL SCHOOL AFFILIATE

Page 2

Mr. Thomas McVann

Re: State of New York vs. Kogut, Halstead and Restivo
CBRL Case No. F419

| CBRL Item | Description | DQ Alpha Type |
|---|---|---|
| 13553 | Oral swab, Teresa Fusco epithelial cell lysate | 1.1/4 can't rule out 1.2 |
| 13553 | Oral swab, Teresa Fusco male lysate | 1.1/4 can't rule out 1.2 |
| 13554 | Vaginal swab, Teresa Fusco epithelial cell lysate | 1.1/4 can't rule out 1.2 |
| 13554 | Vaginal swab, Teresa Fusco male lysate | 1.2 |
| 13555 | Slide epithelial cell lysate | 1.1/4 can't rule out 1.2 |
| 13555 | Slide male lysate | 1.2 |
| 13720 | John Kogut, blood | 2/3 |
| 13721 | John Restivo, blood | 1.2/3 |
| 13722 | Dennis Halstead, blood | 1.3/3 |
| 13723 | Tissue Block, Fusco | NS |
| 13723 | Tissue Block, Fusco Control | NS |

All controls gave expected results.

The DQA1 type of John Kogut is 2/3, of John Restivo is 1.2/3 and of Dennis Halstead is 1.3/3. The results of typing of the oral swab, CBRL item 13553, are consistent with Teresa Fusco having the DQA1 type 1.1/4.

Based on Teresa Fusco having the DQA1 type 1.1/4, she cannot be excluded as the donor of the DNA extracted from the epithelial cell lysate of CBRL items 13554 and 13555.

The DQA1 allele 1.2 was detected and a reaction less than the control was noted for the DQA1 alleles 1.1 and 4 in the male lysate of CBRL item 13555. This suggested that the DNA in this fraction was a mixture of two or more individuals.

TR0000841

page 3

Mr. Thomas McVann

Re: State of New York vs. Kogut, Halstead and Restivo
    CBRL Case No. F419

John Kogut (CBRL item 13720) can be excluded as the donor of the DNA extracted from the epithelial cell lysate and male lysate of CBRL items 13553, 13554 and 13555.

John Restivo (CBRL item 13721) can be excluded as the donor of the DNA extracted from the epithelial cell lysate and male lysate of CBRL items 13553, 13554 and 13555.

Dennis Halstead (CBRL item 13722) can be excluded as the donor of the DNA extracted from the epithelial cell lysate and male lysate of CBRL items 13553, 13554 and 13555.

If there is further assistance we can provide you, please contact us.

Sincerely yours,

David H. Bing, Ph.D.
Scientific Director
DHB/eag
cc: ADA Bruce E. Whitney
    Theodore W. Robinson
    George O. Guldi