From : CELLMARK DIAGNOSTICS      PHONE No. : 301 428 4877      Jan. 05 1995 4:51PM P02

# ZENECA

REPORT OF LABORATORY EXAMINATION

January 5, 1995

**CELLMARK DIAGNOSTICS**

**Cellmark Diagnostics**
20271 Goldenrod Lane
Germantown, Maryland 20876
Telephone (301) 428-4980
800-USA-LABS
Fax (301) 428-4877

Mr. Bruce E. Whitney
Assistant District Attorney
Nassau County District Attorney's Office
262 Old Country Road
Mineola, NY 11501

RE: Indictment Nos. 61322 and 61029
    Cellmark Case No. F941416

## EXHIBITS:

Polymerase chain reaction (PCR) testing was performed on the following items which were received for analysis on December 6, 1994:

One swab contained in plastic vial attached to card labelled "...Teresa Fusco...vaginal swabs"
One slide labelled "84-4854 vag...#1a..."
One slide labelled "...84-4854 vag...#1b..."
One stoppered tube labelled "84-4854 vag #1..."
One swab in screwcap vial attached to card labelled "...oral swab"
One purple top tube of blood labelled "John Restivo..."
One purple top tube of blood labelled "Kogut, John"
One purple top tube of blood labelled "Dennis Halstead"

## RESULTS:

DNA was isolated from the items listed above. DNA from each of the items was amplified using the polymerase chain reaction (PCR) and typed for HLA DQ$\alpha$, the LDL receptor (LDLR), glycophorin A (GYPA), hemoglobin G gammaglobin (HBGG), D7S8, and group specific component (GC) using the AmpliType™ HLA DQ$\alpha$ Forensic DNA Amplification and Typing Kit and the AmpliType® PM PCR Amplification and Typing Kit. The types detected for each sample are listed below:

TYPES DETECTED

| Sample | DQ$\alpha$ | LDLR | GYPA | HBGG | D7S8 | GC |
|---|---|---|---|---|---|---|
| vaginal swab* (non-sperm cell fraction) | 1.1,4 | A | B** | AB | AB | BC |
| combined vaginal smears (non-sperm cell fraction) | 1.1,4 | A | B | AB | AB | BC |
| combined vaginal smears (sperm fraction) | 1,2, 1.1,4 | AB | AB | AB | AB | BC |

From : CELLMARK DIAGNOSTICS      PHONE No. : 346 428 4877      Jan. 05 1995 4:51PM P03

Report for Case No. F941416
January 5, 1995
Page Two

TYPES DETECTED (cont.)

| Sample | DQα | LDLR | GYPA | HBGG | D7S8 | GC |
|---|---|---|---|---|---|---|
| swabbing from tube (non-sperm cell fraction) | 1.1,4 | A | B** | AB | AB | BC |
| oral swab | 1.1,4 | A | B | AB | AB | BC |
| John Restivo | 1.2,3 | AB | AB | AB | A | AC |
| John Kogut | 2,3 | B | AB | B | A | C |
| Dennis Halstead | 1.3,3 | AB | AB | A | AB | C |

* The types listed for this sample are discernible, however, the expected controls were not detected.

** In addition to the types listed above, results were obtained which were too faint for interpretation.

GENOTYPES

| Sample | DQα | LDLR | GYPA | HBGG | D7S8 | GC |
|---|---|---|---|---|---|---|
| oral swab | 1.1,4 | AA | BB | AB | AB | BC |
| John Restivo | 1.2,3 | AB | AB | AB | AA | AC |
| John Kogut | 2,3 | BB | AB | BB | AA | CC |
| Dennis Halstead | 1.3,3 | AB | AB | AA | AB | CC |

No PCR products were obtained when the sperm fraction of the vaginal swab was amplified using the AmpliType® PM PCR Amplification and Typing Kit.

The LDLR, GYPA, HBGG, D7S8 and GC types obtained for the sperm fraction of the swabbing from the tube cannot be interpreted due to technical limitations of the controls for this sample.

The DQα results obtained for the sperm fraction of the swabbing from the tube were too faint for interpretation.

TR0001273

Report for Case No. F941416
January 5, 1995
Page Three

CONCLUSION:

No conclusion can be made regarding the sperm fraction of the vaginal swab or the sperm fraction of the swabbing from the tube.

Because the expected controls were not detected, no conclusion can be made regarding the non-sperm cell fraction of the vaginal swab.

The donor of the DNA obtained from the oral swab cannot be excluded as either the source of the DNA obtained from the non-sperm cell fraction of the combined vaginal smears or from the non-sperm cell fraction of the swabbing from the tube.

John Restivo, John Kogut and Dennis Halstead are excluded as sources of the DNA obtained from the non-sperm cell fraction of the combined vaginal smears and from the non-sperm cell fraction of the swabbing from the tube.

The data indicate that DNA from at least two individuals was obtained from the sperm fraction of the combined vaginal smears. The donor of the DNA obtained from the oral swab cannot be excluded as one of the sources of this DNA. John Restivo, John Kogut and Dennis Halstead are excluded as sources of the DNA obtained from the sperm fraction of the combined vaginal smears.

*Robin W. Cotton*
Robin W. Cotton, Ph.D.
Director of Laboratories

*Paula J. Yates*
Paula J. Yates
Senior Molecular Biologist

cc: Theodore W. Robinson, Esq.
    600 Old Country Road
    Garden City, NY  11530

    Thomas McVann, Esq.
    Post Office Box 827
    Westhampton Beach, NY  11978

    George O. Guldi, Esq.
    11 Griffing Avenue
    Westhampton Beach, NY  11978

TR0001274