

Laboratory Corporation of America® Holdings
P.O. Box 13973
1912 Alexander Drive
Research Triangle Park, North Carolina 27709

Telephone: 800-533-0567
Fax: 919-361-7797

## CERTIFICATE OF ANALYSIS

March 20, 2001

Nassau County District Attorney's Office
262 Old Country Rd.
Mineola, NY 11501
Attn.: Mr. Fred Klein

Agency #:   NCMEO #: 84-4854

Victim(s):   Fusco, Teresa                                            FS Lab #:   F01-3132
Suspect(s):  Not listed.

Evidence Submitted: via Federal Express                               Date Received: 3/9/01
                    (# 804085971964)

Item 5   One sealed bag containing a tube with extracted DNA labeled "1416 02E2" and listed as sperm fraction from vaginal smear.

Note: An additional item was submitted, but not analyzed at this time.

### Results:

Extracted deoxyribonucleic acid (DNA) in the above listed evidence was characterized through the polymerase chain reaction (PCR) at the following genetic systems:

F01-3132

### Alleles Detected

| System | 5-02E2 |
|---|---|
| D3S1358 | 15*, 16 |
| vWA | 18 |
| FGA | 21, 24 |
| D8S1179 | 12 |
| D21S11 | 29, 31 |
| D18S51 | NA |
| D5S818 | 12 |
| D13S317 | 11, 14 |
| D7S820 | 8, 11* |
| D16S539 | 12 |
| THO1 | 7*, 9, 9.3 |
| TPOX | 8 |
| CSF | 10, 11* |
| Amelogenin | X Y |

NA= No activity detected.
*= Alleles designated with an asterisk are less intense than non-designated alleles.

The DNA profile obtained from 02E2-sperm fraction of the vaginal smear (Item 5) is consistent with a mixture of DNA from more than one individual. The major profile is consistent with a male contributor. Any reference sample submitted can be compared to the profile obtained.

**Disposition of Evidence:**

Unless previous arrangements have been made, unused evidence will be returned to the submitting agency.

The results have been reviewed independently by the undersigned and are correct as reported.

Sworn to and subscribed
before me this ___21st___ day
of ___March___, 2001
at Research Triangle Park, NC.

_Julie A. Horat_
Notary Public
State of North Carolina
My commission expires _Oct 31, 2004_

_Shawn M. Weiss_
Shawn M. Weiss, B.S.
Associate Technical, Forensic Identity Testing

_Meghan E. Clement_
Meghan E. Clement, M.S.
Technical Director, Forensic Identity Testing

Page 2 of 2

IP1716