

**OFFICE OF CHIEF MEDICAL EXAMINER**
Charles S. Hirsch, M.D., *Chief Medical Examiner*
520 First Avenue, New York, NY 10016
Tel: 212.447.2618 · Fax: 212.447.2630 · TTY: 212.447.2086 -http://nyc.gov

**DEPARTMENT OF FORENSIC BIOLOGY**
Robert C. Shaler, Ph.D., *Director*
Howard J. Baum, Ph.D., *Deputy Director*
Marie Samples, M.S., M.Phil., *Assistant Director*
Mechthild Prinz, Ph.D., *Assistant Director*
Pasquale Buffolino, M.S., M.Phil., *Assistant Director*
Karen E. Dooling, M.S., *Assistant Director*

RECEIVED
FEB 20 2002

December 4, 2001

## LABORATORY REPORT

SUSPECT: John Restivo, Denis Halstead, John Kogut

LAB NO: FB01-S286

SUMMARY OF RESULTS:

The suspects, John Restivo, Denis Halstead, and John Kogut, could not have contributed the DNA alleles seen in the sperm fraction of the vaginal smear "listed as from Teresa Fusco", and tested by Lab Corp under case number F01-3132.

The DNA alleles from the suspects do not match any previous New York City PCR (STR) DNA cases to date.

F03252 JR

MAR-21-2003 13:37   CARDOZO LAW   212 790 0256   P.10/13

CM4796

FB01-S286                                               John Restivo, Denis Halstead, John Kogut

## EXAMINATIONS:

Blood and other physiological fluids and tissues contain polymorphic ("many forms") genetic markers which can differ from person to person. These genetic markers are inherited, that is, pass from generation to generation and can be used to compare biological samples from different sources. Genetic markers occur because of changes (mutations) that occur in a person's hereditary material, DNA (Deoxyribonucleic Acid).

Alternative forms of DNA are called alleles; they are found at the same location of the DNA (locus, plural loci) on homologous (matching) chromosomes. An individual can have a maximum of two different alleles at a particular locus, one on each homologous chromosome. A group of two alleles from the same locus constitutes a type.

Several different loci may be analyzed simultaneously using a technique known as the polymerase chain reaction (PCR). This technique allows small amounts of DNA to be amplified; after amplification, the alleles present in the sample are identified.

The loci tested may include the short tandem repeat (STR) loci [VWA, THO1, F13A1, FES/FPS, D3S1358, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, TPOX, CSF1PO, D16S539]. The STR loci exhibit length polymorphisms which are variations in the number of core repeats, which are 4 base pairs in length. STR alleles are named according to the number of core repeats present at the locus. Each locus has between 8 and 32 identifiable alleles.

The loci tested may also include the Amelogenin locus, which is located on the chromosomes X and Y, and can be used to determine the sex origin of an unknown sample.

| Locus | Chromosome | Alleles | Types |
|---|---|---|---|
| D3S1358 | 3 | 9, 10, 11, 12, 13, 14, 15, 15.2, 16, 17, 18, 19, 20 | 91 |
| VWA | 12 | 10, 11, 12, 13, 14, 15, 15.2, 16, 17, 18, 19, 20, 21, 22 | 105 |
| FGA | 4 | 16, 16.2, 17, 17.2, 18, 18.2, 19, 19.2, 20, 20.2, 21, 21.2, 22, 22.2, 23, 23.2, 24, 24.2, 25, 25.2, 26, 26.2, 27, 27.2, 28, 28.2, 29, 29.2, 30, 30.2, 31, 31.2 | 528 |
| D8S1179 | 8 | 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 | 78 |
| D21S11 | 21 | 24.2, 25, 26, 27, 28, 28.2, 29, 29.2, 29.3, 30, 30.2, 31, 31.2, 32, 32.2, 33, 33.1, 33.2, 34, 34.2, 35, 35.2, 36, 38 | 300 |
| D18S51 | 18 | 9, 10, 10.2, 11, 12, 13, 13.2, 14, 14.2, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 | 231 |
| D5S818 | 5 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 | 55 |
| D13S317 | 13 | 5, 8, 9, 10, 11, 12, 13, 14, 15 | 45 |
| D7S820 | 7 | 6, 6.3, 7, 8, 9, 10, 11, 12, 13, 14, 15 | 66 |
| D16S539 | 16 | 5, 8, 9, 10, 11, 12, 13, 14, 15 | 45 |
| THO1 | 11 | 4, 5, 6, 7, 8, 8.3, 9, 9.3, 10, 11 | 55 |
| TPOX | 2 | 6, 7, 8, 9, 10, 11, 12, 13 | 36 |
| CSF1PO | 5 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 | 55 |

FD31252 JB

MAR-21-2003 13:37   CARDOZO LAW   212 790 0256   P.11/13

CM4797

FB01-S                                      John Re    Denis Halstead, John Kogut

Allelic typing was done with the following results:

| ITEM | D3S1358 | D16S539 | Amel | THO | TPOX | CSF1PO | D7S820 | VWA | FGA | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Restivo | 16 | 11 | XY | 6, 8 | 8 | 12 | 9, 11 | 15, 16 | 22, 23 | 14, 16 | 27, 28 | 14, 18 | 11, 12 | 12 |
| Denis Halstead | 15 | 11, 12 | XY | 6, 9.3 | 9, 11 | 11, 12 | 9, 10 | 15, 19 | 20, 29 | 11, 13 | 30, 32.2 | 12, 13 | 10, 12 | 8, 12 |
| John Kogut | 16 | 9, 12 | XY | 8, 9.3 | 8, 11 | 11, 12 | 9, 13 | 18, 19 | 19, 24 | 9, 12 | 29 | 16, 17 | 12, 13 | 13, 14 |

3

CM4798

FB01-S286                                                    John Restivo, Denis Halstead, John Kogut

**EVIDENCE RECEIVED:**

| ITEM | VOUCHER | DATE REC'D | DESCRIPTION |
|---|---|---|---|
| 1 | n/a | 07/24/01 | 6 buccal swabs from John Restivo |
| 1 | n/a |  | 6 buccal swabs from Denis Halstead |
| 1 | n/a |  | 6 buccal swabs from John Kogut |

**DISPOSITION:**

The following items will be retained in the laboratory:

- 2 buccal swabs from each suspect
- DNA extracts from samples and controls tested

The packaging and additional swabs have been returned to Lifecodes.

Analyst: _Bianca Nazzaruolo_
Bianca Nazzaruolo
Criminalist II

Supervisor: _Mechthild Prinz_
Mechthild Prinz, Ph.D.
Assistant Director

F031252 JB

CM4799