

**DENIS DILLON**
DISTRICT ATTORNEY

262 Old Country Road
Mineola, New York 11501
Telephone (516) 571-3800

## OFFICE OF THE DISTRICT ATTORNEY
### Nassau County

January 16, 2003

Nina Morrison, Esq.
Executive Director, The Innocence Project
Benjamin N. Cardozo School of Law
55 Fifth Avenue
New York, New York 10003-4391

Re:   Restivo v. Artuz

Dear Nina:

Today, the envelope that we discovered during our joint review of the evidence from the NCPD Property Bureau, which had been vouchered as a tube containing a swab from Theresa Fusco, was opened under controlled conditions in a lab at the Nassau County Medical Examiner. As per our agreement, representatives of both the police department and this Office (myself included) were present. And, as you have already been informed by Fred Klein, the tube indeed contained a piece of cotton from a swab.

Enclosed are copies of the paperwork that was completed by the ME's Office and digital photographs that were taken of the envelope before it was opened and of the swab. The ME's Office is retaining the evidence, along with the other evidence in the case, for the present time.

Please do not hesitate to call me if you have any questions.

Sincerely,

Denise Pavlides
Assistant District Attorney
Appeals Bureau
(516) 571-2249

cc:   Adele Bernhard, Esq.
John Jay Legal Services, Inc.
Pace University School of Law
78 North Broadway, Suite 100
White Plains, New York 10603

JAN-22-2003  11:29      CARDOZO LAW         1 212.790 0256        P.03/14

B09514