**ORCHID CELLMARK**

20271 Goldenrod Lane · Germantown, MD 20876
301.428.4980  800.USA.LABS
301.428.4877 Fax
www.orchidcellmark.com

## REPORT OF LABORATORY EXAMINATION
March 31, 2003

Nina Morrison, Esq.
Executive Director
Innocence Project
Benjamin N. Cardoza School of Law
Brookdale Center, 55 Fifth Avenue
New York, NY 10003-4391

Re: Teresa Fusco evidence samples
    Orchid Cellmark Case No. F031252

### EXHIBITS:

Items of evidence were received for analysis on March 18, 2003. Presumptive testing for the presence of semen was performed on the items listed below:

    One of two partial swabs labeled "…Anal…"
    One of two partial swabs labeled "…oral #5"

A microscopic examination for the presence of spermatozoa was performed on the slides listed below:

    One slide labeled "…Anal Ext…"
    One slide labeled "…Anal" in a slide holder labeled "…Anal Smears…"
    One slide labeled "…Oral Ex…"
    One slide labeled "…Oral" in a slide holder labeled "…Oral Smears…"
    One slide labeled "…Anal" in a slide holder labeled "…Anal…Oral…"
    One slide labeled "…Oral" in a slide holder labeled "…Anal …Oral…"

Polymerase chain reaction (PCR) testing was performed on the items listed below:

    Cotton in tube labeled "… Vag Swab…"
    Two partial swabs in tube labeled "…Anal…"

Accredited by the American Society of Crime Laboratory Directors / Laboratory Accreditation Board
Dallas, TX  ·  Germantown, MD  ·  Nashville, TN

CM4802

Report for Orchid Cellmark Case No.: F031252
March 31, 2003
Page Two

RESULTS:

The acid phosphatase test is a presumptive chemical test for the presence of semen. An acid phosphatase test was performed on a cutting from the anal swab and a cutting from the oral swab #5 with negative results.

A microscopic examination for the presence of spermatozoa was performed on an extract prepared from the oral swab #5 with negative results.

A microscopic examination for the presence of spermatozoa was performed on an extract prepared from the anal swab with positive results.

Microscopic examinations for the presence of spermatozoa were performed on the slides listed above with negative results.

A DNA extract isolated from the vaginal swab and the anal swabs were tested using the AmpF/STR Profiler Plus™ and COfiler™ PCR Amplification Kits[1]. The short tandem repeat (STR) loci tested and the types obtained for these samples; the types reported for the sperm fraction of the vaginal smear and Teresa Fusco in the LabCorp Supplemental Certificate of Analysis dated June 7, 2001; and the types reported for John Restivo, Denis Halstead, and John Kogut in the New York City Office of Chief Medical Examiner, Department of Forensic Biology Laboratory Report dated December 4, 2001, are listed in the attached tables.

No results were obtained from the sperm fraction of the anal swab.

CONCLUSIONS:

No semen was detected on the oral swab #5 or the anal swab using the acid phosphatase test.

No spermatozoa were identified on any of the slides or the oral swab #5.

Spermatozoa were identified on the anal swab, confirming the presence of semen.

Vaginal Swab (non-sperm fraction)

The data indicate that DNA from more than one individual was obtained from the non-sperm fraction of the vaginal swab. The primary DNA profile obtained from this sample matches the DNA profile obtained from Teresa Fusco. John Restivo, Denis Halstead, and John Kogut are excluded as sources of the DNA obtained from this sample.

CM4803

Report for Orchid Cellmark Case No.: F031252
March 31, 2003
Page Three

Vaginal Swab (sperm fraction)

The DNA obtained from the sperm fraction of the vaginal swab is from a male. Teresa Fusco, John Restivo, Denis Halstead, and John Kogut are excluded as sources of the DNA obtained from this sample.

Anal Swabs (non-sperm fraction)

The data indicate that DNA from more than one individual was obtained from the non-sperm fraction of the anal swabs. The major contributor of the DNA is a female and the minor contributor is a male. The primary DNA profile obtained from this sample matches the DNA profile obtained from Teresa Fusco. Since the only indication of a minor contributor is from the gender marker, Amelogenin, no comparison can be made between the minor contributor of this sample and a known standard from any male.

Anal Swab (sperm fraction)

No conclusion can be made regarding the sperm fraction of the anal swab due to an insufficient amount of amplified product.

Although comparison of single-source reference sample profile results from other laboratories may be performed without review of the original data, comparison of evidence sample results from other laboratories is not performed without review of the original data. Therefore no comparison was made to the vaginal smear data from LabCorp.

EVIDENCE DISPOSITION:

In the absence of specific instructions, evidence will be returned to the submitting agency by Federal Express or other appropriate carrier.

Jason K. Befus
DNA Analyst II

Charlotte J. Word, Ph.D.
Laboratory Director

If expert witnesses are needed for depositions or court testimony, please notify us by telephone at (301) 515-6125 at least four weeks in advance.

For information regarding discovery policies and fees, please address all inquiries to the Discovery Coordinator at 800/872-5227 (fax: 301/428-4877), or refer to the web site of Cellmark Diagnostics (www.cellmark-labs.com).

[1] This test is performed pursuant to licensing arrangements with Roche Molecular Systems, Inc. and Applied Biosystems.

CM4804

Results for Cellmark Case No.: F031252
Date: 3/31/03
Table No.: 2

### ALLELES DETECTED - COfiler

| Case | Sample | D3S1358 | D16S539 | AMEL | TH01 | TPOX | CSF1PO | D7S820 |
|---|---|---|---|---|---|---|---|---|
| F031252 01E1 CX-2/CX-3 | Vaginal swab (NSF) | 15,16 | 11,13 | X,Y | 7,9.3 | 8,11 | 10 | 10,11 |
| F031252 01E2 C | Vaginal swab (SF) | 16 | 12 | X,Y | 9,9.3 | 8 | 10,11 | 8,11 |
| F031252 02E1m C-3 | Anal swab (NSF) | 15,16 | 11,13 | X,Y | 7,9.3 | 8,11 | 10 | 10,11 |
| 5-02E2 | Sperm fraction of Vaginal Smear | 15*,16 | 12 | X,Y | 7*,9,9.3 | 8 | 10,11* | 8,11* |
| | Teresa Fusco | 15,16 | 11,13 | X | 7,9.3 | 8,11 | 10 | 10,11 |
| | John Restivo | 16 | 11 | X,Y | 6,8 | 8 | 12 | 9,11 |
| | Denis Halstead | 15 | 11,12 | X,Y | 6,9.3 | 9,11 | 11,12 | 9,10 |
| | John Kogut | 16 | 9,12 | X,Y | 8,9.3 | 8,11 | 11,12 | 9,13 |

NSF = non-sperm fraction
SF = sperm fraction
The results listed in the table above do not depict intensity differences.
In addition to the profiles obtained from the items referenced in this report, weak results were observed. These results may be due to the presence of DNA from more than one individual or to technical artifacts, and therefore were not interpreted.

Information from LabCorp report for 05-02E2:
* = Alleles designated with an asterisk are less intense than non-designated alleles

CM4805

Results for Cellmark Case No.: F031252
Date: 3/31/03
Table No.: 1

### ALLELES DETECTED - PROFILER PLUS

| Case | Sample | D3S1358 | vWA | FGA | AMEL | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F031252 01E1 PX/PX-2 | Vaginal swab (NSF) | 15,16 | 18,19 | 20,22 | X,Y | 13,15 | 28,30.2 | 16,17 | 9,(12),13 | 9,14 | ND |
| F031252 01E2 P | Vaginal swab (SF) | 16 | 18 | 21,24 | X,Y | 12 | 29,31 | 12,16 | 12 | 11,14 | 8,11 |
| F031252 02E1m P-2 | Anal swab (NSF) | 15,16 | 18,19 | 20,22 | X | 13,15 | 28,30.2 | 16,17 | 9,13 | 9,14 | 10,11 |
| 5-02E2 | Sperm fracion of Vaginal Smear | 15*,16 | 18 | 21,24 | X,Y | 12 | 29,31 | NA | 12 | 11,14 | 8,11* |
| | Teresa Fusco | 15,16 | 18,19 | 20,22 | X | 13,15 | 28,30.2 | 16,17 | 9,13 | 9,14 | 10,11 |
| | John Restivo | 16 | 15,16 | 22,23 | X,Y | 14,16 | 27,28 | 14,18 | 11,12 | 12 | 9,11 |
| | Denis Halstead | 15 | 15,19 | 20,29 | X,Y | 11,13 | 30,32.2 | 12,13 | 10,12 | 8,12 | 9,10 |
| | John Kogut | 16 | 18,19 | 19,24 | X,Y | 9,12 | 29 | 16,17 | 12,13 | 13,14 | 9,13 |

NSF = non-sperm fraction
SF = sperm fraction
The result in parentheses may be due to the presence of DNA from more than one individual or technical artifacts, and therefore were not interpreted.
The results listed in the table above do not depict intensity differences.
In addition to the profiles obtained from the items referenced in this report, weak results were observed. These results may be due to the presence of DNA from more than one individual or to technical artifacts, and therefore were not interpreted.

Information from LabCorp report for 5-02E2:
NA = No Activity detected
* = Alleles designated with an asterisk are less intense than non-designated alleles

CM4806