COUNTY COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

    - against -

JOHN KOGUT,

        Defendant.
---------------------------------------------------------------X
---------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

    - against -

JOHN RESTIVO and DENNIS HALSTEAD,

        Defendants.
---------------------------------------------------------------X

**STIPULATION**

Indictment No. 61029

Indictment No. 61322

    IT IS HEREBY STIPULATED by the undersigned attorneys for Dennis Halstead, John Kogut, and John Restivo; and the District Attorney for Nassau County, Denis Dillon, through Peter A. Weinstein, Chief of the Appeals Bureau; as follows:

    1. Dennis Halstead, John Kogut, and John Restivo all were convicted of and are serving sentences for the November 10, 1984 rape and murder of Theresa Fusco.

    2. Between 2001 and 2003, two rounds of DNA testing were performed on two separate forensic samples collected at the autopsy of Theresa Fusco. Both of those tests have yielded the same single, intact DNA profile of an unknown male as the source of the semen found in Ms. Fusco's vagina.

    3. This DNA testing was performed with the state-of-the-art Short Tandem Repeat ("STR") method.

    4. Both rounds of STR DNA testing, the second of which was completed on March 31, 2003, were competently performed according to industry standards and the current state of forensic science, and the results are reliable.

    5. The STR DNA test results permit a determination, to a reasonable degree of scientific certainty, whether a given person is, or is not, a contributor of the DNA profile yielded from a given forensic sample.

6. Dennis Halstead, John Kogut, and John Restivo have provided biological material for STR DNA testing. Each of these defendants has been excluded as the source of the single male profile yielded in the STR DNA testing performed on the biological material taken from Ms. Fusco's vagina at autopsy.

7. Nassau County law enforcement officials have uploaded this new, as-yet-unidentified profile in the Combined DNA Index System Database, known as "CODIS." The profile does not match that of any individual whose DNA profile has been entered in CODIS to date.

8. The identity of the person or persons who raped Theresa Fusco was a material issue at the defendants' trials and was material to their convictions for both rape and murder. Reliable DNA testing identifying someone other than the defendants as the source of the semen in the victim's vagina would have been material to the jury's assessment of each defendant's guilt or innocence on each count of conviction.

9. The new scientific evidence described in this Stipulation was not available at the time of defendants' trials, at the time of defendants' prior requests for DNA testing, or at the time of defendants' prior applications for relief under N.Y. Crim. Proc. Law § 440.10.

10. Had the newly-discovered evidence been available at the time of defendants' trials, it would have raised a reasonable probability of a different outcome.

11. The instant motion for relief under N.Y. Crim. Proc. Law § 440.10(1)(g) is being made within a reasonable time after discovery of this new evidence.

12. The facts recited herein regarding this newly-discovered evidence are conceded by the People to be true. Because that evidence satisfies the legal standard for the granting of a motion for vacatur under § 440.10(1)(g), under § 440.30(3) no hearing is necessary prior to granting relief.

13. The appropriate relief is for the judgments of conviction against each defendant to be vacated.

IP1754

Dated: May 23, 2003

*Peter A. Weinstein*
Peter A. Weinstein
Chief, Appeals Bureau
Office of the District Attorney, Nassau County
262 Old Country Road
Mineola, New York 11501
(516) 571-3660

Dated: May 27, 2003

Barry Scheck
Nina Morrison
Innocence Project, Cardozo School of Law
*Attorneys for Defendant John Restivo*
55 Fifth Avenue
New York, New York 10003
(212) 790-0375

Dated: May 27, 2003

Lewis J. Liman
Terry A. Maroney
Paul M. Winke
Rachel A. Doft
Wilmer, Cutler & Pickering
*Attorneys for Defendant John Kogut*
399 Park Avenue
New York, New York 10022
(212) 230-8800

Dated: May 27, 2003

Adele Bernhard
Pace School of Law Criminal Defense Clinic
  and Post-Conviction Project
*Attorney for Defendant Dennis Halstead*
78 North Broadway
White Plains, New York 10603
(914) 422-4230

3

Indictment Nos. 61029 & 61322

| |
|---|
| COUNTY COURT OF THE STATE OF NEW YORK<br>COUNTY OF NASSAU |
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>- against -<br><br>JOHN KOGUT,<br><br>Defendant. |
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>- against -<br><br>JOHN RESTIVO and DENNIS HALSTEAD,<br><br>Defendants. |
| **STIPULATION** |
| Office of the District Attorney, Nassau County<br>262 Old Country Road<br>Mineola, NY 11501<br><br>Innocence Project, Cardozo School of Law<br>*Attorneys for Defendant John Restivo*<br>55 Fifth Avenue<br>New York, NY 10003<br><br>Wilmer, Cutler & Pickering<br>*Attorneys for Defendant John Kogut*<br>399 Park Avenue<br>New York, NY 10022<br><br>Pace School of Law Criminal Defense Clinic and<br>Post-Conviction Project<br>*Attorneys for Defendant Dennis Halstead*<br>78 North Broadway<br>White Plains, NY 10603 |