COUNTY COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

    - against -

JOHN KOGUT,

        Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

    - against -

JOHN RESTIVO and DENNIS HALSTEAD,

        Defendants.
-------------------------------------------------------X

ORDER TO VACATE CONVICTIONS

Indictment No. 61029

Indictment No. 61322

WHEREAS, on June 27, 1986, a judgment of conviction was entered in this Court pursuant to Indictment Number 61029, and John Kogut was sentenced to an indeterminate prison term of 25 years to life on two counts of murder in the second degree, and a term of 12 1/2 to 25 years on one count of rape in the first degree; and

WHEREAS, on February 6, 1987, a judgment of conviction was entered in this Court pursuant to Indictment Number 61322, and Dennis Halstead was sentenced to an indeterminate prison term of 25 years to life on two counts of murder in the second degree, and a term of 8 1/3 to 25 years on one count of rape in the first degree; and

WHEREAS, on February 24, 1987, a judgment of conviction was entered in this Court pursuant to Indictment Number 61322, and John Restivo was sentenced to an indeterminate prison term of 25 years to life on two counts of murder in the second degree, and a term of 8 1/3 to 25 years on one count of rape in the first degree; and

WHEREAS, upon full consideration of the Memorandum of Law In Support of Uncontested Motions to Vacate, dated May 23, 2003; the Affirmation of Barry Scheck In Support of Uncontested Motions to Vacate, dated May 23, 2003; the Affirmation of Peter A. Weinstein Consenting to Vacatur of Defendants' Judgments of Conviction, dated May 23, 2003; and the Stipulation by all parties, dated May 23, 2003; and

WHEREAS, the Nassau County District Attorney's Office has consented that the judgments against Mr. Kogut, Mr. Halstead and Mr. Restivo be vacated, it is hereby:

ORDERED, that the convictions against Mr. Kogut, Mr. Halstead and Mr. Restivo are vacated pursuant to N.Y Crim. Proc. Law §§ 440.10(1)(g), 440.30(3).

Dated: June 11, 2003

_____
County Judge, Nassau County
Supreme

2

IP1641