## Counter-Proposal of DNA Stipulation – 5/15/08

The Restivo, Halstead and Kogut plaintiffs, as well as the municipal defendants and the individually-named Nassau County Police Officers, by the undersigned counsel, stipulate and agree to the following:

1. Dennis Halstead, John Restivo and John Kogut all were convicted of the November 10, 1984 rape and murder of Theresa Fusco.

2. Between 2001 and 2003, DNA testing was performed on forensic examples collected at the autopsy of Theresa Fusco.

3. Specifically, this DNA testing was conducted by Laboratory Corporation of America ("LabCorp") in or about March 2001, the Office of the Chief Medical Examiner of the City of New York, Department of Forensic Biology, in or around December 2001, and Orchid Cellmark Laboratories ("Orchid") in or around March, 2003.

4. Based upon this series of DNA testing in 2001 and 2003, John Restivo, Dennis Halstead and John Kogut as sources of the DNA obtained from the vaginal swabs.

5. This DNA testing was performed with the Short Tandem Repeat ("STR") method.

6. In general, the purpose of an STR DNA test is to determine, to a reasonable degree of scientific certainty, whether a given person is, or is not a contributor of the DNC profile yielded from a given forensic sample.

7. The Nassau County Medical Examiner's Department of Forensic Genetics uploaded the unidentified profile in the Combined DNA Index System Database known as "CODIS." To date, the profile does not match any profile contained in CODIS.

8. STR analysis was not available for use as a forensic technique in 1986, the

time when Restivo, Halstead and Kogut were tried.

9. Based upon the results of the STR DNA tests between 2001 and 2003, described above, counsel for John Restivo, Dennis Halstead and John Kogut as well as the Nassau County District Attorney's Office entered into a stipulation in May 2003 requesting the vacatur of Restivo, Halstead and Kogut's convictions.

10. The Nassau County Court granted the parties motion and, on June 11, 2003, the three men's convictions were vacated.

11. Kogut was re-tried in 2005 and acquitted by County Court Judge Victor Ort.

12. On December 29, 2005, the indictment charging Dennis Halstead and John Restivo with the rape and murder of Theresa Fusco was dismissed.

Dated: