UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

JOHN RESTIVO, DENNIS HALSTEAD, MELISSA
LULLO, JASON HALSTEAD, and TAYLOR HALSTEAD,

                        Plaintiffs,

      v.

NASSAU COUNTY, et al.,

                        Defendants.

**No. CV-06-6720**
(Seybert, J.)
(Wall, M.J.)

STIPULATION

---

JOHN KOGUT,

                        Plaintiff,

      v.

The COUNTY of NASSAU, et al.,

                        Defendants.

**No. CV-06-6695**
(Seybert, J.)
(Wall, M.J.)

---

**STIPULATION**

The Restivo, Halstead and Kogut plaintiffs, as well as defendants Nassau County and individual Nassau County police officers, by undersigned counsel, stipulate and agree that the following is true:

1. Dennis Halstead, John Restivo and John Kogut all were convicted of the November 10, 1984 rape and murder of Theresa Fusco.

2. Between 2001 and 2003, DNA testing was performed on forensic samples collected at the autopsy of Theresa Fusco.

1

3. This DNA testing was conducted by Laboratory corporation of America ("LabCorp") in or about March 2001, the Office of the Chief Medical Examiner of the City of New York, Department of Forensic Biology, in or around December 2001, and Orchid Cellmark Laboratories ("Orchid") in or around March, 2003.

4. This DNA testing was performed with the Short Tandem Repeat ("STR") method.

5. STR DNA testing permits a determination, to a reasonable degree of scientific certainty, whether a given person is, or is not, a contributor of the DNA profile yielded from a given forensic sample.

6. These DNA tests have yielded the same single, intact DNA profile of an unknown male as the source of the semen found in Ms. Fusco's vagina.

7. Dennis Halstead, John Restivo and John Kogut were each excluded as the source of the male DNA yielded in this DNA testing. These results are reliable.

8. Nassau County Medical Examiner's Department of Forensic Genetics uploaded the unidentified profile in the Combined DNA Index System Database, known as "CODIS." To date, the profile does not match any profile contained in CODIS.

9. STR analysis was not available for use as a forensic technique in 1986, when Halstead, Restivo and Kogut were tried.

10. Based on these STR DNA results, counsel for Dennis Halstead, John Restivo and John Kogut, as well as the Nassau County District Attorney's Office entered into a stipulation in May 2003 requesting that the convictions of all three men be vacated.

11. The Nassau County Court granted the parties' motion and, on June 11, 2003, all three men's convictions were vacated.

12. John Kogut was retried and acquitted on December 23, 2005 by County Court Judge Victor Ort.

13. On December 29, 2005, upon the Nassau County District Attorney's Office's motion, the indictment charging Dennis Halstead and John Restivo with the rape and murder of Theresa Fusco was dismissed.

Dated: May __, 2008
New York, New York

_____
Ms. Liora Ben-Sorek, Esq.
Office of the County Attorney
Ralph G. Caso Executive & Legislative Building
One West Street
Mineola, New York 11501-4820
**Attorneys for the Nassau County defendants**

Dated: May __, 2008

_____
Barry C. Scheck, Esq.
Deborah L. Cornwall, Esq.
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson St., 8th Floor
New York, NY 10013
**Attorneys for the Halstead and Restivo plaintiffs**

Dated: May __, 2008

_____
Paul Casteleiro
200 Washington Street
5th Floor
Hoboken, New Jersey 07030

Anthony M. Grandinette
Grandinette & Serio, LLP
114 Old Country Rd., Suite 420
Mineola, NY 11501
**Attorneys for John Kogut**

3