# EXHIBIT B

Case 2:06-cv-06720-JS-SIL   Document 76-3   Filed 10/20/08   Page 2 of 4 PageID #: 689
KOGUT
Case 2:06-cv-06695-JS-WDW   Document 29   Filed 09/19/2008   Page 1 of 1

DATE: 9/19/2008                AT: 2:00

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR STATUS CONFERENCE</u>

DOCKET NUMBERS: 06-6695, 6720

TITLE: KOGUT -V- NASSAU, RESTIVO -V- NASSAU

APPEARANCES:

FOR PLAINTIFF(S): ANTHONY GRANDINETTE, PAUL CASTELEIRO (-6695)
                  BARRY SCHECK, DEBORAH CORNWALL, ANNA HOFFMANN
                                                          (-6720)

FOR DEFENDANT(S): LIORA BEN-SOREK, ESTHER MILLER

REPORTER: ELLEN COMBS

__X__   CASE CALLED. COUNSEL FOR ALL SIDES PRESENT.

__X__   CONFERENCE HELD.

_____   JURY SELECTION SET FOR   /  /2008 AT 9:30AM BY LAW CLERK

__X__   OTHER: THE COURT ISSUES THE FOLLOWING RULINGS ON THE
        RECORD:

        DEFENSE MOTION FOR STAY OF DISCOVERY (DOCKET ENTRY [21]
        ON CV 06-6695 AND [61] ON CV 06-6720) IS DENIED.

        DEFENSE APPEAL OF MAGISTRATE JUDGE ORDER (DOCKET ENTRY
        [28] ON CV 06-6695 AND [62] ON CV 06-6720) IS DENIED.
        THE DEPOSITION OF JOSEPH VOLPE SHALL GO FORWARD, HOWEVER,
        ANY REQUEST FOR AN EXTENSION OF TIME BEYOND 7 HOURS SHALL
        BE REVISITED BY MAG. J. WALL UPON TELEPHONE REQUEST.

        THE BRIEFING SCHEDULE FOR THE PENDING RULE 12(C)
        MOTIONS IS REVISED AS FOLLOWS: PLAINTIFF KOGUT SHALL
        FILE HIS OPPOSITION NO LATER THAN OCTOBER 3, 2008, AND
        DEFENDANTS SHALL FILE THEIR REPLIES IN BOTH CASES NO
        LATER THAN OCTOBER 10, 2008.

**Ben-Sorek, Liora M**

| | |
|---|---|
| From: | ecf_bounces@nyed.uscourts.gov |
| Sent: | Monday, September 22, 2008 12:21 PM |
| To: | nobody@nyed.uscourts.gov |
| Subject: | Activity in Case 2:06-cv-06695-JS-WDW Kogut v. The County of Nassau et al Order on Motion to Stay |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 9/22/2008 at 12:20 PM EDT and filed on 9/19/2008
**Case Name:** Kogut v. The County of Nassau et al
**Case Number:** 2:06-cv-6695
**Filer:**
**Document Number:** 29

Docket Text:
Minute Order for proceedings held before Judge Joanna Seybert: Status Conference held on 9/19/2008, denying [21] Motion to Stay. Defense appeal of magistrate judge order (docket entry [28]) is denied. The deposition of Joseph Volpe shall go forward, however, any request for an extension of time beyond 7 hours shall be revisited by Mag. J. Wall upon telephone request. The briefing schedule for the pending Rule 12(c) motions is revised as follows: Plaintiff Kogut shall file his opposition no later than October 3, 2008, and defendants shall file their replies in both cases no later than October 10, 2008. (Court Reporter E. Combs.) (Baran, Charles)


2:06-cv-6695 Notice has been electronically mailed to:

Anthony M. Grandinette  jurytrial@aol.com

Liora M. Ben-Sorek  lben-sorek@nassaucountyny.gov, emiller@nassaucountyny.gov

Paul Casteleiro  pcasteleiro@aol.com, jennymar51@aol.com

Sondra Meryl Toscano  stoscano@nassaucountyny.gov, dnapolitano@nassaucountyny.gov,

10/2/2008

emiller@nassaucountyny.gov

**2:06-cv-6695 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=9/22/2008] [FileNumber=3945081-0]

[6c35ba4227520c3162ee33bfac9b98fb81fc6e31e6f2e12c99a1d2169a37de2190306
a8fae148f10ebc6a9588f0a1874095fa1623f4e120c2608b83c768b1b5a]]

10/2/2008