# BEN-SOREK DECLARATION
# EXHIBIT 1

**Ben-Sorek, Liora M**

**From:** Debi Cornwall [debi@cnscivilrights.com]
**Sent:** Monday, December 03, 2007 12:31 PM
**To:** Ben-Sorek, Liora M
**Cc:** Pcasteleiro@aol.com; Jurytrial@aol.com; Monica Shah
**Subject:** RE: Restivo, Halstead, et al. v. County of Nassau, et al.

Dear Liora,

I understand the burden of producing the DA files. Nonetheless, I believe at this point you are under repeated court order to produce the entire file. Why don't you start the review and production with boxes of materials that do not include transcripts and briefs, which are our lowest priority to the extent we have them from other sources. It would take us longer to coordinate getting someone out there than it will for you to continue the process you have already begun.

Best,
Debi

---

**From:** Ben-Sorek, Liora M [mailto:lben-sorek@nassaucountyny.gov]
**Sent:** Monday, December 03, 2007 11:18 AM
**To:** Debi Cornwall
**Subject:** RE: Restivo, Halstead, et al. v. County of Nassau, et al.

Dear Debi:

The materials you've received over the past few weeks have been from the Homicide Files of the Nassau County Police Department. With respect to the District Attorney files, perhaps you or a representative from your office could come to Mineola and review the materials to see what documents you'd need. As I indicated last week, much of the file contains petitions and motions which your office may already have. Please advise whether that is something you'd consider.

Very truly yours,

Liora

---

**From:** Debi Cornwall [mailto:debi@cnscivilrights.com]
**Sent:** Monday, December 03, 2007 11:11 AM
**To:** Ben-Sorek, Liora M
**Cc:** Pcasteleiro@aol.com; Jurytrial@aol.com; Monica Shah; Jamie Bharath
**Subject:** RE: Restivo, Halstead, et al. v. County of Nassau, et al.

Dear Liora,

I will look forward to receiving those materials, along with some indication of where each box came from (i.e. NCPD / DA).

As for the DA files, I understand there may be some duplication with what we already have. At the same time, I'd prefer to receive, as we requested, the entire file, rather than having you take the time to go through and excise materials you think are duplicative. Perhaps saving boxes of briefs and transcripts until the end would accomplish our goal of getting any and all new information forthwith.

We'll see you on Friday.

7/29/2009

Best,
Debi

---

**From:** Ben-Sorek, Liora M [mailto:lben-sorek@nassaucountyny.gov]
**Sent:** Friday, November 30, 2007 1:05 PM
**To:** Debi Cornwall
**Subject:** RE: Restivo, Halstead, et al. v. County of Nassau, et al.

There are 3-4 boxes of originals still being photocopied. Once that is done, we review and redact and send out for photocopying and Bates stamping. As soon as the boxes arrive, we'll send them out to you.

One other thing, you inquired about the DA files. We anticipate withholding the attorney work product and research done by the ADAs. There are numerous boxes of materials containing trial transcripts from all trials, hearing transcripts, Habeas petitions, Pre and Post Trial motions, copies of the evidence utilized at trial and photographs. I'm sure your office already possess much if not all of this information. To avoid duplication and reduce expenditures, perhaps we can compare what you have to what exists here and agree to turn over what you don't already have? Please advise.

---

**From:** Debi Cornwall [mailto:debi@cnscivilrights.com]
**Sent:** Friday, November 30, 2007 12:29 PM
**To:** Ben-Sorek, Liora M; Jurytrial@aol.com
**Cc:** Monica Shah; Pcasteleiro@aol.com; Jamie Bharath
**Subject:** RE: Restivo, Halstead, et al. v. County of Nassau, et al.

Thank you. Please advise how many boxes remain to be disclosed and when you anticipate sending them.

---

**From:** Ben-Sorek, Liora M [mailto:lben-sorek@nassaucountyny.gov]
**Sent:** Friday, November 30, 2007 12:14 PM
**To:** Jurytrial@aol.com; Debi Cornwall
**Cc:** Monica Shah; Pcasteleiro@aol.com
**Subject:** RE: Restivo, Halstead, et al. v. County of Nassau, et al.

Dear Debi:

In response to your messages, sorry I haven't gotten to you sooner. I've literally been in a separate room reviewing more documents in this case. There is another box of photocopied and Bates stamped materials which will be going out to you today. Tony is welcome to have someone come and pick this up. In addition, there are more documents and once we've gone through them all, we'll get the formal response to RFP and privilege log completed. As of now, there have not been many items withheld as privileged.

The documents in the boxes that you've received this week are part of the Homicide investigation file. The files cover investigations leading to the original trials in the 1980's as well as the investigation into the re-trial. That's the way the files were set up so we didn't want to divide it, but to give you a duplicate of each file. Each file is separated by a "cover sheet" which is a photocopy of the particular Homicide file the materials came from.

What has been redacted? Social Security Numbers, dates of birth, home addresses and telephone numbers. Also, criminal ID numbers, and dismissed charges are redacted.

This case is my first priority (and has been for some time) and requires careful attention to detail. As you can see from the materials provided to date, almost every page requires redaction of someone's personal information. We do so to protect the privacy rights and interests of non-parties.

This electronic message transmission contains information from the law firm of Cochran Neufeld & Scheck, LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-965-9081) immediately.

7/29/2009