# BEN-SOREK DECLARATION
# EXHIBIT 8

## Ben-Sorek, Liora M

| | |
|---|---|
| **From:** | Debi Cornwall [debi@nsbcivilrights.com] |
| **Sent:** | Tuesday, June 16, 2009 5:26 PM |
| **To:** | Ben-Sorek, Liora M |
| **Cc:** | Elizabeth Daniel |
| **Subject:** | RE: Restivo, Halstead, Kogut v. County of Nassau, et al. |

Dear Ms. Ben-Sorek,

We still await the balance of responsive materials identified in your email of 5/15, below. Thanks.

Best,

Debi Cornwall | Partner
Neufeld Scheck & Brustin, LLP
99 Hudson St., 8th Floor | New York, NY 10013
Tel. (212) 965-9081 | Fax (212) 965-9084

This electronic message transmission contains information from the law firm of Neufeld Scheck & Brustin, LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-965-9081) immediately.

---

**From:** Ben-Sorek, Liora M [mailto:lben-sorek@nassaucountyny.gov]
**Sent:** Friday, May 15, 2009 5:15 PM
**To:** Debi Cornwall; Elizabeth Daniel
**Cc:** Ferguson, Michael; Sullivan, Christine A; Weinick, Matthew; Miller, Esther D
**Subject:** Restivo, Halstead, Kogut v. County of Nassau, et al.

Dear Ms. Cornwall:

    Responses to your March 3 and 31 letters addressing discovery matters have been mailed to you. The affidavits you requested could not be prepared due to officers' schedules and being called out on emergency cases. However, I will prepare same upon my return from vacation.

    Responses to plaintiffs' Second Request for Admissions, interrogatories and fifth request for production of documents and things, will also be sent to you after I return.

    Hope you enjoyed your vacation.

Very truly yours,

Liora Ben-Sorek

Liora M. Ben-Sorek
Deputy Bureau Chief
General Litigation


7/29/2009

Nassau County Attorney's Office
One West Street
Mineola, New York 11501
Phone (516) 571-3014
Fax (516) 571-3058

*All material contained in this e-mail, including attachments, is privileged and intended solely for the person to whom the e-mail has been addressed.* This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

Please note that our email addresses have changed. I am writing you from my new primary email address. Please update my contact information accordingly. Thank you.

This electronic message transmission contains information from the law firm of Neufeld Scheck & Brustin, LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-965-9081) immediately.

7/29/2009