# Exhibit A

```
 1  STATE OF NEW YORK  : NASSAU COUNTY
    COUNTY COURT       : PART 32
 2  ------------------------------------x
    THE PEOPLE OF THE STATE OF NEW YORK,  :
 3                                        :
                 - against -              :   IND:61029/85
 4                                        :
    JOHN J. KOGUT,                        :   NON-JURY TRIAL
 5                                        :
                                          :
 6              Defendant.                :
    ------------------------------------x
 7                       December 21, 2005
                         262 Old Country Road
 8                       Mineola, New York

 9
    Before:
10

11          THE HONORABLE VICTOR M. ORT,
            Acting Supreme Court Justice.
12

13  Appearances:

14          (As previously noted.)

15                  *       *       *

16          THE CLERK:  Case on trial, the People of the

17  State of New York against John Kogut, Indictment 61029

18  of 1985.

19          Are the People ready?

20          MR. BIANCAVILLA:  People ready.

21          THE CLERK:  Defense counsel ready?

22          MR. CASTELEIRO:  Ready, your Honor.

23          THE COURT:  Good morning to both of you.

24          MR. BIANCAVILLA:  Good morning, Judge.

25          THE COURT:  The next order of business would
```

BB

Summation - People

1    (Whereupon, court stood in recess while the
2    Court deliberated.)
3         THE CLERK:  Case on trial, the People of the
4    State of New York against John Kogut, Indictment 61029
5    of 1985.
6         Both sides ready?
7         MR. CASTELEIRO:  Ready.
8         MR. BIANCAVILLA:  Ready.
9         THE COURT:  The Court will deliver its
10   verdict as follows:
11        I have reviewed the evidence in this case.
12   I have, of course, listened to the evidence for the
13   last few months.  I reiterate the great respect that I
14   have for both of the attorneys and appreciate the fact
15   you have been so courteous throughout the trial.
16        In analyzing the case, I felt the best way
17   to deal with it would be from the bottom up, so to
18   speak.
19        I reached my decision, first, with respect
20   to count three, and it is the finding of this Court
21   that I do not believe that the question hairs were
22   left in the van on or about November 10th of 1984, and
23   absent those hairs, there is no corroboration,
24   whatsoever, for the defendant's confession concerning
25   the count of rape.

BB

Proceedings

1  That fact, plus the lack of any physical
2  injury, the unknown semen that was in poor Theresa
3  Fusco, and the other evidence concerning the fact of a
4  possible consensual sexual liaison by Theresa Fusco,
5  leads this Court to the conclusion that the defendant
6  is not guilty of count three of this indictment.
7  Count two of the indictment charges the
8  defendant with murder in the course and furtherance of
9  the crime of rape in the first degree.
10  The rape having not been established, the
11  Court, obviously, finds the defendant not guilty of
12  count two.
13  That brings us to count one which is the
14  intentional murder count, and, the Court having found
15  that there is no rape, then the issue comes up as to
16  why then kill Theresa Fusco.
17  Motive, of course, is not an element of the
18  crime of murder, and in the case -- and the proof in
19  this case then comes down to one thing, and one thing
20  only, and that is the confession of Mr. Kogut.
21  In order for a trier of fact to accept and
22  apply a defendant's confession, it must be found
23  beyond a reasonable doubt that the confession is not
24  only voluntary but truthful as well.
25  I believe that the scientific evidence in

Proceedings

1   this case proves that too many material facts set
2   forth in the defendant's confession are clearly not
3   truthful.
4           The Court will not accept the confession,
5   and, accordingly, finds the defendant not guilty of
6   murder in the second degree under count one.
7           That is the verdict of this Court.
8           Again, I thank both of you.
9           COURT OFFICER: Remain seated.
10                  *       *       *
11  Certified to be a true and
    accurate transcript.
12
13
14
15                          _Buff Branson_
                            BUFF BRANSON, RPR
16                          Senior Court Reporter
17
18
19
20
21
22
23
24
25

BB