Opening Statement by Mr. Scheck

258

1  focused -- if the defense investigator knew about the
2  striped jeans lead, they could have been focused on who
3  stole that car.  Anyway, you could find out.
4          That deprives them of a fair trial in '86.
5          By 1994 when we get DNA testing in, somehow
6  there's a little better chance you can find who stole that
7  car.  You can even submit that person to a DNA test, the
8  alpha test, the earlier test.  And certainly by now, if
9  you can find out who stole that car and link them, match
10 them to the DNA test, you may have the real perpetrator.
11         But Fischer will tell you by withholding that
12 information, it suppressed fundamental police work.
13         Now we'll work on the planting of the hairs.
14 We'll prove these plaintiffs were deprived of a fair trial
15 and maliciously prosecuted.
16         It's pretty clear.  Mr. Grandinette told you
17 about it.  We'll show they hid hairs taken from Theresa
18 Fusco's head at autopsy, were deliberately planted and/or
19 contained hair that was found from John Restivo's van.
20         First we'll show you very specific proof of
21 motive.  Again, it comes from the lips of the police
22 defendants.  The evidence will show that after the
23 convictions, the supervisor, Sean Spillane, wrote a
24 commendation letter to Volpe to offer him a deal.
25         In this commendation letter, he explains on

Opening Statement by Mr. Scheck

259

1  March 26th -- that's the day that they seized the van,
2  March 26th, after John Kogut's confession.  And this is
3  Spillane's own words:  Volpe and the others knew that they
4  had, quote, a very weak, if nonexistent, case against John
5  Restivo and Dennis Halstead.
6        And Spillane is in a position to know, because
7  he's the supervisor.  He's attending this weekly meeting
8  and keeping track of this investigation.
9        And the reason they had a very weak, if not
10 existent, case against John Restivo and Dennis Halstead is
11 that as Mr. Grandinette alluded -- there is no dispute
12 about this -- they knew they could not use the Kogut
13 confession in a prosecution against Restivo and Halstead.
14 So they had a very weak or nonexistent case.
15       So when the blue van is seized on March 26,
16 1984, to look for blood, semen or hairs -- and this is
17 four and a half months after the murder, and they were
18 hoping for good fortune in finding forensic evidence four
19 months later.  Volpe is handling his first homicide.  This
20 is the big one.  He has a strong motive to plant hairs.
21 Let me tell you, Mr. Grandinette referred to it, to the
22 proof we'll put forward, that you'll hear what is known at
23 postmortem root banding.  You will see this was a totally
24 unexpected development.
25       Here's what happened.  Detective Fraas was the