# Exhibit A

J Forensic Sci, January 2013, Vol. 58, No. S1
doi: 10.1111/j.1556 4029.2012.02271.x
Available online at: onlinelibrary.wiley.com

PAPER

CRIMINALISTICS

Sandra L. Koch,[1] M.F.S.; Amy L. Michaud,[2] B.S.; and Carmenza E. Mikell,[1] M.P.H.

# Taphonomy of Hair—A Study of Postmortem Root Banding

**ABSTRACT:** Although it has been generally accepted within the forensic hair community that decompositional changes in the form of an identifiable banding pattern can occur in the root area of hairs after death, little detailed information with regard to this phenomenon is known (e.g., rates at which this occurs and conditions that cause this banding). Hairs were collected daily from bodies placed in water, an air condi tioned environment, an enclosed vehicle, on the surface of the ground, and buried at the University of Tennessee Forensic Anthropology Center. The hairs were examined microscopically and the level of change documented for each environment. The onset of the banding was observed to have been delayed in water, air conditioning, and cold weather and was hastened by warm weather and within the vehicle. This study provides validation that decomposition does produce varying effects on hair at the proximal portion of a hair root, including a dark band.

**KEYWORDS:** forensic science, trace evidence, hair, microscopy, postmortem root banding, dead man's ring, decompositional changes to hair roots

Hair evidence is often left behind on items associated with crimes. For many years, microscopical analysis of hairs has pro vided significant information regarding hair evidence, including the racial background of the hair donor, the body area that the hair came from, whether or not the hair was artificially treated, damaged, or diseased, and if it was naturally shed or forcibly removed. If known hair samples are collected from individuals associated with a crime (e.g., victim or suspect), they can be compared microscopically and then by DNA (mitochondrial or nuclear) to further evaluate the possible donor of the hair. In some cases, however, knowing the identity of the hair donor may not be as important as knowing if the hair was deposited after the donor was deceased. These situations may arise when the victim and the suspect are known to have had contact with one another, as is the case with known associates, such as a husband and wife or a parent and child. In these circumstances, it would not be unusual to find hairs from one individual in the other's environment, but it would provide valuable information if those hairs displayed decompositional changes that are known to occur after death.

Postmortem alterations to hairs can be observed by bright field microscopy and are known to occur primarily in two regions of the hair the hair shaft and the hair root. In the past, considerable research has been conducted on the morphological changes which can occur along the hair shaft when exposed to the elements for a period of time. It has been determined that these alterations are primarily owing to specialized microorganisms (e.g., fungi and bacteria) which erode the surface of the hair and tunnel into the shaft causing damage (1,2) and by insect activity (e.g., dermestid beetles and clothes moth larvae) which produce characteristic damage resembling small bite marks (3,4). Conversely, little research has been published on postmortem changes to hair roots. This is likely due to the inherent difficulties in carrying out a study that requires numerous human cadavers to be placed under known or controlled environmental conditions and moni tored regularly. However, what is known is that decomposition causes a gradual darkening or band toward the proximal end of the hair, typically known as postmortem root banding or "dead man's ring" (5 8). Eventually, the hair will break off at the area of the dark band often leaving the proximal end discolored and with a pointed or brush like appearance (7). Aside from these observa tions, little reliable and detailed information is known about this phenomenon.

### Hair Structure and Growth

In an effort to better understand alterations to hairs that can occur after death, it is important to discuss hair structure and growth. Hairs are thread like outgrowths from the skin of mammals, which are comprised of a stable fibrous protein known as keratin.

Hair growth begins in the follicle which is a pocket in the skin formed by the down growth of the epidermis (9). The hair root may extend as much as 5 mm into the outermost layer of the epidermis. The hair is initially formed by rapidly dividing cells located at the base of the follicle called germinative cells. As these cells continue to divide, the older cells are pushed up the follicle where they undergo a process of gradual keratiniza tion. During this time, the newly formed cells which were originally quite fluid and contained a nucleus and a cell membrane begin to dehydrate. As the cells travel through this

[1]Federal Bureau of Investigation Laboratory, 2501 Investigation Parkway, Quantico, VA 22135.
[2]Bureau of Alcohol, Tobacco, Firearms & Explosives, National Laboratory Center, 6000 Ammendale Road, Beltsville, MD 20705.

Received 14 June 2011; and in revised form 25 Oct. 2011; accepted 5 Nov. 2011.

© 2012 American Academy of Forensic Sciences
Published 2012. This article is a U.S. Government work and is in the public domain in the U.S.A.

zone of keratinization, the nucleus dies and the cell membrane dissolves. Numerous bonds or cross links are formed during this process adding stability to the newly created hair by converting amino acids in the cells into keratin (9). After leaving the zone of keratinization, the hair continues to push upward and eventually emerges above the skin surface. This period of active growth is known as the anagen phase and it may last for several years. At some point, the hair will move into what is known as the catagen stage where hair growth slows and the follicle itself begins to reduce in length. The root of the hair forms into a bulb shape at this stage and begins to pull away from the follicle. This stage may only last a few weeks until hair growth completely stops and the hair enters the telogen or resting phase. By this time, the follicle is a fraction of its former length and the hair is physically held to the scalp through the positioning of the cuticular scales and the bulbous shape of the root end. Eventually, the hair will fall out during daily activities or may be pushed out by a newly emerging hair and then the growth cycle repeats (10 12). It should also be noted that hair growth in humans follows an asynchronous pattern, meaning that each hair grows independently of the others rather than a seasonal pattern of molting which is seen in many animals (13). For this reason, at any given time, $c$. 80 95% of the hairs on an individual's scalp are in anagen phase, 1 2% are in catagen phase, and 4 20% are in telogen phase (14).

Hairs can remain preserved for thousands of years as evidenced by the fact that they have been found associated with Egyptian mummies. At crime scenes, if not disturbed by weather conditions or animal activity, hairs can also remain preserved for long periods of time. This study examined the root area of hairs collected from cadavers deposited in conditions similar to those encountered at crime scenes. Changes to the root ends of hair caused by the process of decomposition, especially root banding, were documented for hairs recovered from cadavers placed in different environmental conditions to better understand the effects that environmental factors have on the appearance and the rates at which these changes occur.

**Materials and Methods**

From 2004 to 2007, 23 human cadavers were placed at the University of Tennessee's Forensic Anthropology Center in varying environmental conditions: outdoors on the surface of the ground, in graves of varying depths, in a water environment, in an air conditioned building, and enclosed within a vehicle trunk or passenger compartment. The donated cadavers were not embalmed and consisted of 21 Caucasian individuals (of European descent) and two Negroid individuals (of African descent), both male and female ranging in age from the mid 40s to the early 90s. The samples were collected during the months of January, February, March, April, May, August, September, November, and December. The remains were monitored daily, and information concerning the temperature, wind, precipitation and other weather conditions (e.g., cloudy and sunny) were documented (Table 1). Head hair samples were collected daily from the anterior, left lateral, right lateral, mid sagittal, and posterior portions (when possible) of the scalp. Photographs showing overall decompositional changes of the cadavers were also taken.

Hairs from each cadaver were separated and labeled with an individual identifying number, the date collected, the region of the scalp from which the sample originated, the weather conditions, and exposure information. A sampling of the collected hairs from each area of the scalp were then mounted onto glass microscope slides using Permount® (Cole Parmer North America, Vernon Hills, IL). Only the identifying number and the area of the scalp that the hairs were collected from were placed on each slide, so the examination was performed in a blind study format. Examination of the hairs was then conducted by three individuals; two with 12 15 years experience in microscopical analysis of hairs and one with basic training in comparison microscopy and experience limited to the identification of hairs in evidential debris. All hairs examined by the less experienced observer were re examined by the two more experienced microscopists. The roots were inspected for changes because of post mortem decomposition and environment. The growth phase of the hairs was noted, and a score of 0 3 was given by the authors to indicate the amount of putrefaction observed in the root area. A score of 0 indicated no change, 1 indicated some change was observed, a score of 2 indicated full banding, and 3 indicated a brush like end with associated staining (Figs 1 5).

Approximately, 24,000 hair roots were examined for postmortem root changes during this study. It was noted that on occasion the less experienced observer incorrectly interpreted the streaky voids and some pigment groupings normally trapped at the hair root for initial decomposition categorized as stage 1. These inter observer differences emphasize the need for an experienced hair examiner to analyze hair root ends in order to differentiate normal characteristics found within hairs of living individuals from the effects produced by decomposition.

**Results**

Haglund and Sorg defined taphonomy as "the study of post mortem processes which affect the preservation, observation, or recovery of dead organisms, the reconstruction of their biology or ecology, or the reconstruction of the circumstances of their death" (15, p. 13). Microscopical analyses of hair root ends can answer some of these questions. In this study, it was documented that hairs collected from cadavers placed in a protected or climate controlled environment and immersed in a water environment tended to show a delayed appearance of root banding, while hairs collected from cadavers that went through decomposition in a vehicle had increased rates of root banding. For those buried in shallow graves and placed on the surface, the outside temperature had a significant effect, with lower temperatures and/or the presence of snow delaying the appearance of the root banding. Details regarding each environment are outlined later and in Table 1. The mean temperature for each date of collection was recorded. As the remains were subjected to varying temperatures throughout a single day as well as throughout the post mortem interval, the accumulated degree days (ADD) (16) was calculated by adding together each daily mean temperature that the body was exposed to until collection.

*Surface Remains*

Hairs were collected over varying time periods. Some were collected daily for up to 2 months and others could only be collected for a week before the scalp became completely detached from the cranium and the remains became skeletonized. The cadavers placed on the ground surface generally did not produce a full dark putrid band until 6 10 days after death when collected during time periods with temperatures ranging from the high 30s up to 70 degrees Fahrenheit. In general, hairs collected from the cadavers placed on the surface showed variation consis

TABLE 1—*This table lists information about the individuals studied as well as the environments they were placed in, the months hairs were collected, the temperature range recorded, and information regarding the number of hairs examined as well as the changes observe in those hairs.*

Postmortem Changes in Head Hair
Joint Project with UT and FBI TEU
2004–2011

| | | | Collection | | | | | | No. of Roots Changed/Level | | | | Exposure Information | | Day Banding 1st Appears |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Race | Sex | Started | Ended | Interval | Source | # Hairs | # Changed | 0 | 1 | 2 | 3 | Location | Temp (°F) | |
| 1 | C | M | January | March | 66 days | Head | 3129 | 1670 | 1459 | 1323 | 346 | 1 | Surface | 26 69 | 6 |
| 2 | C | M | January | March | 45 days | Head | 3231 | 1243 | 1988 | 1088 | 137 | 18 | Surface | 26 69 | 10 |
| 3 | C | F | February | March | 40 days | Head | 3178 | 804 | 2374 | 706 | 47 | 51 | Surface | 32 69 | 16 |
| 4 | C | F | March | March | 8 days | Head | 167 | 4 | 163 | 4 | 0 | 0 | Surface | 36 68 | No banding |
| 5 | C | M | April | April | 12 days | Head | 834 | 286 | 548 | 61 | 189 | 36 | Surface | 43 73 | 6 |
| 6 | C | M | April | April | 5 days | Head | 211 | 12 | 199 | 12 | 0 | 0 | Surface | 56 73 | No banding |
| 7 | C | M | August | August | 4 days | Beard | 290 | 6 | 284 | 2 | 4 | 0 | Car trunk | 76 80 | 4 |
| 8 | C | M | August | August | 6 days | Head | 920 | 0 | 920 | 0 | 0 | 0 | Water | 66 76 | No banding |
| 9 | C | M | August | August | 17 days | Head | 474 | 1 | 473 | 1 | 0 | 0 | Shallow grave | 64 78 | No banding |
| 10 | C | F | September | September | 4 days | Head | 172 | 0 | 172 | 0 | 0 | 0 | Surface | 70 72 | No banding |
| 11 | C | F | November | December | 18 days | Head | 849 | 122 | 727 | 112 | 10 | 0 | Shallow grave | 29 59 | 5 |
| 12 | C | F | January | February | 34 days | Head | 461 | 272 | 189 | 130 | 142 | 0 | In house | 21 64 | 14 |
| 13 | C | M | January | February | 31 days | Head | 1548 | 631 | 917 | 576 | 55 | 0 | Car | 21 60 | 12 |
| 14 | C | F | January | February | 25 days | Head | 705 | 21 | 684 | 20 | 1 | 0 | Shallow grave | 35 53 | 23 |
| 15 | N | M | February | February | 14 days | Head | 510 | 23 | 487 | 23 | 0 | 0 | Water | 32 53 | No banding |
| 16 | C | F | February | March | 23 days | Head | 4722 | 2910 | 1812 | 2360 | 550 | 0 | Car | 33 60 | 4 |
| 17 | C | M | March | March | 16 days | Head | 776 | 3 | 773 | 3 | 0 | 0 | Water | 34 60 | No banding |
| 18 | N | F | March | March | 23 days | Head | 323 | 127 | 196 | 98 | 29 | 0 | Shallow grave | 34 66 | 12 |
| 19 | C | M | May | May | 19 days | Head | 1464 | 17 | 1447 | 17 | 0 | 0 | In house | 60 74 | No banding |
| 20 | C | | | May | 2 years | Pubic | 41 | 23 | 18 | 23 | 0 | 0 | Buried 2 years | | |
| 21 | C | | | May | 2 years | Head | 38 | 36 | 2 | 32 | 1 | 3 | Buried 2 years | | |
| 22 | C | | | May | 2 years | Head | | | | | | All | Buried 2 years | | |
| 23 | C | | | May | 3 years | Head | 70 | 69 | 1 | 0 | 69 | 0 | Buried 3 years | | |

Race: C, Caucasian; N, Negroid; M, Mongoloid (not detected). Sex: F, female; M, male.



FIG. 1—*The photograph depicts a telogen root with no changes at the root end. A score of 0 was given for no observed changes.*



FIG. 2—*The photograph depicts an anagen root with some banding beginning to appear at the root end. A score of 1 was given for any decompositional changes that could not be termed a full band.*

tent with the weather conditions. During warmer weather, the decompositional characteristics appeared earlier and progressed more rapidly while they were delayed in colder weather. As the amount of hairs collected varied by day and section of the scalp, analysis of the changes to the root ends was calculated over time and by accumulated degree days (16). Over time and accumulated degree days, the hairs exhibited more putrefaction at the root end as exhibited by the increase in stage 1 changes and stage 2 banding (Fig. 6).



FIG. 3 *The photograph depicts an anagen root with a full band at the root end. A score of 2 was given for a hair with a complete band.*



FIG. 4 *A score of 3 was given for hairs in which the root portion had decomposed to the point where the root had broken off and the remaining proximal portion had a stained, brush like appearance.*



FIG. 5 *Scores of 0 to 2 were found in samples collected from the same portion of the head on the same day. This shows the variation in appearance of the putrid roots within a single known sample.*

### Buried Remains

The length of burial ranged from a few weeks in a shallow grave to 3 years undisturbed in a deeper grave 1 2 feet deep. For the remains buried in shallow graves, samples were collected daily from sections of the scalp that could easily be accessed by temporary removal of the soil. Similar to the surface remains, the shallow burial remains first exhibited root banding around 5 6 days during temperatures ranging from mid 30s to upper 40s. Most of the hairs that were recovered from the shallow burials were unchanged (85%) with <250 hairs (*c*. 13%) at stage 1, 29 hairs (2%) at stage 2, and 0 hairs at stage 3 (Fig. 7).

For the remains buried for 2 or 3 years in 1 2 foot deep graves, a single large sample was collected of the remaining hairs upon final excavation (Fig. 8). These hairs were predominantly in stage 1 and 2; however, there were several that did not show any indications of decomposition.

### Water Environment

Hairs were collected daily from three cadavers immersed in water for 16 days. During that time the air temperature ranged from 34 to 60 degrees Fahrenheit, and none of the hairs recovered from any area of the head exhibited a full band. The water environment appeared to delay decomposition which corresponds to published studies on decomposition which show that cold water may retard decomposition for soft tissue and bone (15). Additional factors in water environments such as the current and marine organisms may also affect the postmortem decomposition interval (Fig. 9).

### Climate Controlled Building

Hairs were collected daily during the months of January and May for up to 1 month from when the remains were placed inside a protected building. The relatively constant cool temperature within the building also seemed to alter the progression of decomposition effects appearing on hairs. As the air conditioning kept the cadaver at a lower constant temperature during the summer and the building kept out sunlight during the winter, the absence of root banding in our samples appears to be a function of the protected environment versus temperature fluctuations and exposure to the sun as found in the outdoor scenes (Fig. 10).

### Vehicle Environment

The cadavers placed in the vehicle interior or trunk showed an increase in the decomposition rate and the appearance of the postmortem root banding versus those on the surface. Within 4 days of placement in the vehicle, the full band was identified on hairs collected from a body placed in the trunk during the month of August when temperatures averaged 78 degrees Fahrenheit. In January, when temperatures ranged from 30 to 40 degrees Fahrenheit, the time frame for banding to occur was delayed to 5 days (Fig. 11).

### Body Placement

It is well known that the environmental conditions around a cadaver may cause the soft tissue on the body to decompose at different rates (15). For this reason, it was originally theorized that the position of the head during decomposition may cause differences in the rates at which postmortem root banding appears. Hairs from the five different areas of the scalp were intercompared in an effort to assess whether position has any effect on the decomposition rate. Few instances were noted



FIG. 6 Percentage of hairs at different stages versus accumulated degree days for hairs collected from remains that were on the surface of the ground.



FIG. 7 Percentage of hairs at different stages versus accumulated degree days for hairs collected from remains that were buried in shallow graves.



FIG. 8 Percentage of hairs at different stages for hairs collected from remains that were buried 2 and 3 years.

where the cadaver's position appeared to cause an increase or decrease in the decomposition rate compared with other areas of the same individual's scalp. These instances may be attributable to disproportionate moisture or dryness in the environment relative to the position of the head. Hairs collected from surface burials (cadavers positioned on their backs with their heads in contact with the ground) had the appearance of stage 1 and stage 2 putrid roots at similar times as hairs collected from different areas of the same individual's head. Regardless of the section of the head that the hairs were collected from, the appearance of the putrid roots as well as the stage of putrefaction varied significantly within an individual and over time.

Differences found in the amount of putrefaction observed on hairs recovered contemporaneously but from separate areas of the head seem to correlate with hairs growing at varying rates. As human hairs grow in an asynchronous growth pattern, there

KOCH ET AL. • POSTMORTEM ROOT BANDING OF HAIR   S57



FIG. 9  *Percentage of hairs at different stages versus accumulated degree days for hairs collected from remains that were in a water environment.*



FIG. 10  *Percentage of hairs at different stages versus accumulated degree days for hairs collected from remains that were in a climate controlled environment.*



FIG. 11  *Percentage of hairs at different stages versus accumulated degree days for hairs collected from remains that were in a vehicle.*

Case 2:06-cv-06720-JS-SIL    Document 133-1    Filed 01/17/14    Page 8 of 9 PageID #: 1590

will be differing levels of keratinization in hair roots at the various growth stages. This appears to affect the amount of putrefaction that can occur in the root area of hairs.

Of significant interest was the fact that the telogen hairs in this study did not show any postmortem changes to the root portion of the hairs. Changes at the root end were only found on anagen and catagen hairs and specifically within a short area at the root end where the hair would have been beneath the scalp and thus still soft keratin. This area was not measured as there was significant variation in the root shapes and lengths found in this study.

Within a sample collected from a specified location (anterior, posterior, lateral, mid sagittal) of an individual, all root growth and putrefaction stages were observed. These ranged from no change, to slight alteration, to full banding, to the brush like end where the root portion had completely decomposed. This was found to be important as it demonstrates that the variation in decomposition of hair roots is likely due to the asynchronous growth pattern and that the hairs react to environmental conditions with some negligible effects from body positioning.

## Discussion

From the analysis of hairs collected from known cadavers, we have been able to document that decomposition/putrefaction does produce changes in the soft keratin portion of hairs located at the root end. Hairs that have completed their growth and are in the resting phase (telogen) did not show any changes to the proximal end; therefore, it can be surmised that the hard keratin is not affected in the same way as the soft keratin found in actively growing (anagen) or transitional (catagen) hairs. The variation observed in this study emphasizes the need for proper collection of known hair samples. A known sample should ideally contain 25 pulled hairs and 25 combed hairs (17) to include hairs from each growth stage, and these hairs should be collected from various areas of the head (anterior, posterior, right and left lateral and mid sagittal). A good known sample will minimize the possibility of incorrect interpretations.

The data from this study were analyzed to determine whether there was a linear correlation between the rate of decompositional change because of temperature and/or time (Figs 12 and 13). Overall, there was a trend toward increased changes over time and as temperatures rose; however, the early decompositional stages were always observed regardless of time and temperature. The asynchronous growth pattern of hairs ensures that telogen, catagen, and anagen hairs are randomly interspersed throughout the scalp. This creates a wide variation in the level of keratinization present in the proximal end of hairs which was observed to directly impact the potential to reach the final stages of decomposition. Ultimately, so many variables were found to effect the changes to the root ends that a meaningful rate of putrefaction versus time and temperature could not be calculated.



FIG. 12  *This figure shows an example of the variation observed in the decomposition stages of hairs versus time.*



FIG. 13  *This figure shows an example of the variation observed in the decomposition stages of hairs versus temperature.*

Further analysis of hairs removed antemortem should be conducted in similar environmental conditions to those documented in this study to ensure that the full range of decompositional effects are only found on hairs from a cadaver. A study along those lines was undertaken as a master's thesis at John Jay University (18). An analogous study has been initiated in the FBI Laboratory utilizing data from this study as a reference for documented postmortem changes from decomposition. To date, no study has shown that it is possible to duplicate postmortem root banding in antemortem hairs regardless of the environmental exposure. This is also substantiated by the fact that thousands of cases have been examined by the FBI Laboratory Trace Evidence Unit and no hairs with this banding pattern have been reported in cases that are not associated with the death of an individual. Accordingly, this study reliably documents that postmortem root banding does occur in hairs associated with a decomposing body.

*Ethics Statement*

All human remains used for this study were donated and released for research and teaching, and therefore, all work was completed in compliance with the Helsinki Declaration.

*Acknowledgments*

We would like to thank NaTasha Hollis who during her internship at the FBI Laboratory began the process of organizing this research and examining these hairs. We could not have carried out this study without the assistance and support of the students and faculty at the University of Tennessee who made this project possible by taking samples and detailed notes. We would also like to thank Karen Lanning and the members of the FBI Trace Evidence Unit who helped in the preparation and early analysis portion of this project as well as the FBI and ATF Laboratory personnel who served as reviewers for this manuscript.

## References

1. Rowe WF. Biodegradation of hairs and fibers. In: Haglund WD, Sorg MH, editors. Forensic taphonomy: the postmortem fate of human remains. New York, NY: CRC Press, 1997;337 51.
2. DeGaetano DH, Kempton JB, Rowe WF. Fungal tunneling of hair from a buried body. J Forensic Sci 1992;37(4):1048 54.
3. Appleyard HN. Identification of biological damage to fibres. Leeds, UK: Wool Industries Research A, 1972;Report No. 164:1 10.
4. Robinson CP, Ciccotosto S, Sparrow LG. Identification of a key enzyme in the digestion of wool by larvae of the webbing clothes moth, tineola biselliella. J Textile Institute 1993;84(1):39 48.
5. Petraco N, Fraas C, Callery FX, De Forest PR. The morphology and evidential significance of human hair roots. J Forensic Sci 1988;33:68 76.
6. Tafaro JT. The use of microscopic postmortem changes in anagen hair roots to associate questioned hairs with known hairs and reconstruct events in two murder cases. J Forensic Sci 2000;45(2):495 9.
7. Linch CA, Prahlow JA. Postmortem microscopic changes observed at the human head hair proximal end. J Forensic Sci 2001;46(1):15 20.
8. Deedrick D, Koch S. Microscopy of hairs part 1: practical guide and manual for human hairs. Quantico, VA: Federal Bureau of Investigation, 2004.
9. Powitt AH. Hair structure and chemistry simplified. New York, NY: Milady Pub Corp, 1977.
10. Harding H, Rogers G. Physiology and growth of hair. In: Roberston J, editor. Forensic examination of hair. London, UK: Taylor & Francis, 1999;1 77.
11. Kaszynski E. Hair growth: mechanism and regulation. Proceedings of the International Symposium on Forensic Hair Comparisons; 1985 June 25 27; Quantico, VA: FBI Academy. Washington, DC: United States Department of Justice, 1985;23 33.
12. Robbins CR. The morphology and chemistry of human hair. Proceedings of the International Symposium on Forensic Hair Comparisons; 1985 June 25 27; Quantico, VA: FBI Academy. Washington, DC: United States Department of Justice, 1985;3 21.
13. Montagna W, Ellis RA. The pillary apparatus. In: Montagna W, editor. The structure and function of skin, 3rd edn. New York and London: Academic Press, 1974;172 258.
14. Robertson J. Forensic examination of hair. London, UK: Taylor & Francis, 1999.
15. Haglund WD, Sorg MH. Forensic taphonomy: the postmortem fate of human remains. New York, NY: CRC Press, 1997.
16. Megyesi MS, Nawrocki SP, Haskell NH. Using accumulated degree days to estimate the postmortem interval from decomposed human remains. J Forensic Sci 2005;50(3):618 26.
17. Scientific Working Group on Materials Analysis (SWGMAT). Forensic human hair examination guidelines. Forensic Sci Commun 2005;7(2).
18. Domzalski AC. The effects of environmental exposure on human scalp hair root morphology [thesis]. New York (NY): John Jay College, 2004.

Additional information and reprint requests:
Amy L. Michaud, B.S.
Forensic Examiner
Bureau of Alcohol, Tobacco, Firearms & Explosives
National Laboratory Center
6000 Ammendale Road
Beltsville, MD 20705
E mails: amy.l.michaud@usdoj.gov; amy.michaud@atf.gov