DATE:   3/10/2014     AT:  9:00

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR STATUS/MOTION CONFERENCE

DOCKET NUMBERS:  06-6720

TITLE: RESTIVO, ET AL. -V- NASSAU CO.

APPEARANCES:

FOR PLAINTIFF(S):  NICK BRUSTIN, ANNA BENVENUTTI HOFFMAN, ALEXANDRA LAMPERT

FOR DEFENDANT(S):  LOUIS FREEMAN, LEE GINSBERG, NADJIA LIMANI

REPORTER(S):  ___P. LOMBARDI    ___M. STEIGER    ___P. AUERBACH
              ___E. COMBS       ___S. PICOZZI    _X_H. RAPAPORT
              ___O. WICKER

__X__   CASE CALLED.  COUNSEL FOR ALL SIDES PRESENT.

__X__   CONFERENCE HELD.

_____   NEXT CONFERENCE SET FOR   /  /2014 AT   :   M.

_____   JURY SELECTION SET FOR  3/17/2014 AT 9:30AM

_____   TRIAL SET FOR SAME DAY OR SOON THEREAFTER

__X__   OTHER: ARGUMENT HEARD ON PENDING MOTIONS.  RULINGS ISSUED AS FOLLOWS:
        DEFENSE MOTION [129]: DECISION RESERVED PENDING RECEIPT OF AFFIDAVITS FROM PLAINTIFFS.
        DEFENSE MOTION [130]: GRANTED.  PROBABLE CAUSE REMAINS AN ISSUE, AS SPECIFIED ON THE RECORD OF THE CONFERENCE.
        DEFENSE MOTION [131]: DENIED.
        PLAINTIFFS' MOTION [132]: GRANTED.  THE PARTIES' STIPULATION GOVERNS.
        PLAINTIFFS' MOTION [133]: DENIED.
        PLAINTIFFS' MOTION [134]: GRANTED.  ANY ADDITIONAL ISSUES WILL BE ADDRESSED DURING THE TRIAL.
        DEFENSE MOTION [135]: DENIED.
        DEFENSE MOTION [149]: GRANTED.
        PLAINTIFFS' MOTION [155]: DECISION RESERVED PENDING RECEIPT OF INFORMATION ON FLORIDA CASE.
        PLAINTIFFS' MOTION [158]: DENIED AS MOOT AS TO DEMPSEY; DECISION RESERVED AS TO FRAAS PENDING RECEIPT OF MORE INFORMATION AS TO FRAAS' CONDITION.