## Certificate of Service

    I hereby certify a true and accurate copy of Plaintiffs' Motion for a Written Juror Pledge was served by ECF on March 14, 2014 upon all counsel of record.

                                                   /s/ Rachel Shur
                                                   Rachel Shur
                                                   Paralegal