# Exhibit 3

Joseph Volpe                                                November 19, 2010

140

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------)
JOHN KOGUT et al.,                )
                                  )
          Plaintiff,              )
                                  )   Docket No.
   -vs.-                          )   06-CV-6695
                                  )
                                  )
THE COUNTY OF NASSAU,POLICE       )
COMMISSIONER DONALD KANE,         )
POLICE COMMISSIONER               )
WILLIAM J. WILLETT (2005),        )
POLICE COMMISSIONER               )
JAMES LAWRENCE,                   )
DETECTIVE SEAN SPILLANE           )
(HEAD OF HOMICIDE 1985),          )
DETECTIVE DENNIS FARRELL          )
(HEAD OF HOMICIDE 12005),         )
DETECTIVE ALBERT MARTINO,         )
DETECTIVE WAYNE BIRDSALL,         )
DETECTIVE MILTON G. GRUBER,       )
DETECTIVE CHARLES FRAAS,          )
DETECTIVE FRANK SIRIANNI,         )
DETECTIVE HARRY WALTMAN,          )
P.O. MICHAEL CONNAUGHTON,         )
P.O. WILLIAM DIEHL,               )
and JOHN DOES 1-5,                )
                                  )
          Defendants.             )
                                  )
---------------------------------)
```

        CONTINUED VIDEOTAPE DEPOSITION OF
JOSEPH VOLPE, held at the Nassau County
Attorney's office, One West Street, Mineola,
New York, on November 19, 2010, at 12:23 p.m.,
before HELGA CHRISTIANE LAVAN, a Registered
Professional Reporter and notary public,
within and for the State of New York.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe                                          November 19, 2010

146

1           Volpe
2      ~~A.   Yes.~~
3      ~~Q.   Today's deposition will focus on how~~
4  ~~it was that you came to learn of Mr. Restivo,~~
5  ~~Mr. Halstead and Mr. Kogut and then your~~
6  ~~subsequent interrogation, interview and~~
7  ~~interrogation of John Kogut that led up to his~~
8  ~~eventual confession in this case.  Okay?~~
9  ~~That's going to be the subject matter of my~~
10 ~~questions today.~~
11     ~~A.   All right.  The --~~
12     ~~Q.   But I'm going to ask you questions~~
13 ~~about that.  I want to just give you an~~
14 ~~overview of what we're going to be discussing~~
15 ~~today.~~
16     ~~A.   Oh, I thought you said you wanted to~~
17 ~~know how I came on it.~~
18     ~~Q.   I'm going to ask you questions about~~
19 ~~that.~~
20          ==Would it be fair to say that sometime==
21 ==about March of 1985 an informant by the name==
22 ==of Harry Smiley came to your attention and==
23 ==indicated that a John Restivo had information==
24 ==concerning the death of Theresa Fusco?==
25     A.   I can't verify the date.  But that's



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe                                   November 19, 2010

                                                            147

1                            Volpe
2    how it happened.
3        Q.   What I would like to do is refer
4    you -- to help save a little bit of time -- to
5    Plaintiff's 178, which is an eavesdropping
6    warrant that was discussed during the course
7    of a prior deposition, just so we can go over
8    the facts relatively quickly.
9             And according to this affidavit,
10   which you prepared and submitted to the Court,
11   specifically paragraph 7, the highlighted
12   section, "Mr. Smiley informed me that he heard
13   from John Restivo that John had knowledge into
14   the disappearance of Kelly Morrissey and the
15   death of Theresa Fusco."   Right?
16       A.   That's correct.
17       Q.   And continuing on to the next page.
18   "As a result of the information given by Harry
19   Smiley, John Restivo was interviewed by myself
20   on March 6, 1985."   Correct?
21       A.   Correct.
22       Q.   So Harry Smiley comes forward, he is
23   an informant, and says, "Look, guys.   I have
24   information that this John Restivo has
25   knowledge about Theresa Fusco's death."



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe											November 19, 2010

150

1          Volpe
2  ~~surveillance of John Restivo, as part of your~~
3  ~~interview with John Restivo, you learned~~
4  ~~certain things about John Restivo, right? And~~
5  ~~we discussed some of those in the past.~~
6        ~~For example, you knew where John~~
7  ~~Restivo lived; right?~~
8     ~~A.  Yes.~~
9     Q.  You knew that John Restivo owned a
10 company by the name of Move Right; correct?
11    A.  Yes.
12    Q.  You knew that John Restivo owned a
13 blue van with a sliding door behind a
14 passenger seat; correct?
15    A.  Yes.
16    Q.  You knew that Dennis Halstead and
17 John Restivo were acquaintances and that
18 Dennis Halstead had worked for Move Right;
19 right?
20    A.  Yes.
21    ~~Q.  And also, as a result of these~~
22 ~~things -- well, withdrawn.~~
23       ~~With respect to what John Restivo~~
24 ~~told you specifically, I would ask you to look~~
25 ~~at what has been marked as Plaintiff's 177 for~~



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe                                        November 19, 2010

                                                                  154

1                              Volpe
2    ~~information and, therefore, you applied for an~~
3    ~~eavesdropping warrant?~~
4         ~~A.   At that point?~~
5         ~~Q.   Right.~~
6         ~~A.   Yes.~~
7         ~~Q.   So Restivo's a suspect, a target in~~
8    ~~this murder and Halstead's a target in the~~
9    ~~murder of Theresa Fusco, right?~~
10        ~~A.   It was too soon to qualify anyone as~~
11   ~~a target.~~
12        ~~Q.   Well, didn't you say to the judge in~~
13   ~~this sworn affidavit that you believed that~~
14   ~~Halstead was the target, that Halstead was the~~
15   ~~murderer, that it was a chilling account?~~
16        ~~A.   Yes.~~
17        ==Q.   Right?  So Halstead was your main==
18   ==target, you believed that Halstead committed==
19   ==this murder and you also believed that Restivo==
20   ==was involved, right?==
21        ==A.   That's right.==
22        ==Q.   Well, you testified on many==
23   ==occasions, did you not, that these two==
24   ==individuals were suspects and you believed==
25   ==that they were involved in this murder and==



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Joseph Volpe                                                November 19, 2010

                                                                         155

1                           Volpe
2    that's why you tailed them and that's why you
3    asked for a surveillance, an eavesdropping
4    warrant on Halstead?
5        A.   Well, target and suspect to me are
6    about the same.
7        Q.   So we're talking semantics.
8        A.   Yes.
9        Q.   We don't have a dispute though that
10   you believe Restivo and Halstead were involved
11   in the murder of Theresa Fusco?
12       A.   Say that again?
13       Q.   Whether or not it's a target or a
14   suspect, you believed, prior to March 21st,
15   talking to John Kogut, that Halstead and
16   Restivo were involved in this murder?
17       A.   You want what my gut told me or what
18   I had on paper?
19       Q.   What your gut told you.  What you
20   testified on prior occasions and what you
21   wrote in sworn affidavits to the Court?
22       A.   There's no testimony prior to this
23   relative to Restivo and Halstead being targets
24   or suspects.
25       Q.   Is it not true that prior to March



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

<mark>Case 2:06-cv-06720-JS-SIL   Document 173-3   Filed 03/25/14   Page 8 of 9 PageID #: 2282</mark>

Joseph Volpe                                    November 19, 2010

155

1            Volpe
2  ~~that's why you tailed them and that's why you~~
3  ~~asked for a surveillance, an eavesdropping~~
4  ~~warrant on Halstead?~~
5      ~~A.   Well, target and suspect to me are~~
6  ~~about the same.~~
7      ~~Q.   So we're talking semantics.~~
8      ~~A.   Yes.~~
9      ~~Q.   We don't have a dispute though that~~
10 ~~you believe Restivo and Halstead were involved~~
11 ~~in the murder of Theresa Fusco?~~
12     ~~A.   Say that again?~~
13     ~~Q.   Whether or not it's a target or a~~
14 ~~suspect, you believed, prior to March 21st,~~
15 ~~talking to John Kogut, that Halstead and~~
16 ~~Restivo were involved in this murder?~~
17     ~~A.   You want what my gut told me or what~~
18 ~~I had on paper?~~
19     ~~Q.   What your gut told you. What you~~
20 ~~testified on prior occasions and what you~~
21 ~~wrote in sworn affidavits to the Court?~~
22     ~~A.   There's no testimony prior to this~~
23 ~~relative to Restivo and Halstead being targets~~
24 ~~or suspects.~~
25     **Q.   Is it not true that prior to March**



<mark>
Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com
</mark>

Joseph Volpe                                               November 19, 2010

156

1                           Volpe
2     21, 1985 you believed that Halstead and
3     Restivo were involved in the murder of Theresa
4     Fusco?
5           A.    That's better.
6                 Yes.
7                 MR. FREEMAN:  Objection.  Just to the
8     date.  You said March 21st.  Eavesdropping
9     warrant is March 11th.
10                MR. GRANDINETTE:  Understood.  But
11    the first interview of John Kogut was March
12    21, 1985.
13          Q.    Correct?
14          A.    Right.  21st.
15                MR. FREEMAN:  Fine.  As long was we
16    all understand it.  I misunderstood.
17                MR. GRANDINETTE:  No problem.
18          Q.    And John Kogut is brought up because
19    you learned that John Kogut dated Kelly
20    Morrissey for a week; right?  In your
21    questioning various people, you heard John
22    Kogut's name associated with Kelly Morrissey;
23    right?
24          A.    He was right in the middle, in the
25    mix of all these people that were appearing



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com