# Exhibit 5

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------)
JOHN KOGUT et al.,                )
                                  )
           Plaintiff,             )
                                  )   Docket No.
   -vs.-                          )   06-CV-6695
                                  )
                                  )
THE COUNTY OF NASSAU, POLICE      )
COMMISSIONER DONALD KANE,         )
POLICE COMMISSIONER               )
WILLIAM J. WILLETT (2005),        )
POLICE COMMISSIONER               )
JAMES LAWRENCE,                   )
DETECTIVE SEAN SPILLANE           )
(HEAD OF HOMICIDE 1985),          )
DETECTIVE DENNIS FARRELL          )
(HEAD OF HOMICIDE 12005),         )
DETECTIVE ALBERT MARTINO,         )
DETECTIVE WAYNE BIRDSALL,         )
DETECTIVE MILTON G. GRUBER,       )
DETECTIVE CHARLES FRAAS,          )
DETECTIVE FRANK SIRIANNI,         )
DETECTIVE HARRY WALTMAN,          )
P.O. MICHAEL CONNAUGHTON,         )
P.O. WILLIAM DIEHL,               )
and JOHN DOES 1-5,                )
                                  )
           Defendants.            )
                                  )
---------------------------------)
```

       CONTINUED VIDEOTAPE DEPOSITION OF
JOSEPH VOLPE, held at the Nassau County
Attorney's office, One West Street, Mineola,
New York, on November 19, 2010, at 12:23 p.m.,
before HELGA CHRISTIANE LAVAN, a Registered
Professional Reporter and notary public,
within and for the State of New York.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe                                     November 19, 2010

272

1           Volpe
2      Q. Did you plant hairs in this case?
3      A. No.
4      Q. Did you go to either -- did you go to
5  the M.E.'s office and take hairs from the
6  M.E.'s office and put them in envelopes?
7      A. No.
8      Q. Did you have access to the M.E.'s
9  office?
10     A. No. For either hairs? No.
11     Q. Were you present when the van that
12 the hairs were found in were -- was being
13 searched by SIB?
14     A. By the time I came in that evening, I
15 mean, I was out on the road doing something
16 else. The lab, the SIB people were already in
17 it. They were in the van.
18     Q. Did you go in the van?
19     A. No.
20     Q. Are you permitted to go in the van?
21     A. No. It's a crime scene.
22     **Q. Do you recall making an affidavit for**
23 **an eavesdropping warrant on March 26, 1985?**
24     **A. Yes.**
25     **Q. Did you indicate in that affidavit**



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe                                    November 19, 2010

                                                           273

1                           Volpe
2    that there was possible blood found in the
3    van?
4         A.   Yes.
5         Q.   First of all, who wrote that
6    affidavit?
7         A.   A.D.A. Ed McCarthy.
8         Q.   Was it an A.D.A.?
9         A.   Yes.
10        Q.   Was it you?
11        A.   No.
12        Q.   Did you supply the information to the
13   A.D.A. so he could write it?
14        A.   Yes.
15        Q.   And when you said "possible blood,"
16   what did you mean?
17        A.   I was just a messenger from what I
18   had heard from the lab.
19        Q.   And do you recall what you heard?
20        A.   Just that it looked like it was
21   blood.
22        Q.   Do you know who you heard it from
23   or --
24        A.   It was either Birdsall or Fraas.
25   Detectives Birdsall or Fraas.



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe                                      November 19, 2010

                                                              274
1                         Volpe
2        Q.   Could it have been other people in
3   that division?
4        A.   I don't recall.
5        Q.   Now, did you also say in the
6   affidavit that you signed, written by the
7   District Attorney, did you also say that there
8   was hair consistent with Theresa Fusco's?
9        A.   Yes.
10       Q.   Do you know what the source of that
11  information was?
12       A.   Same.  Lab.
13       Q.   Do you recall a specific conversation
14  with somebody in the lab?
15       A.   I believe -- I have some trouble with
16  my memory.  But I believe it was Fraas.
17       Q.   To your recollection, was it a
18  written report or an oral report?
19       A.   No, it was just an informal, "Here's
20  what I got," or, "Here's what I see."
21       Q.   To your recollection, had you called
22  them and asked them, "Do you have anything?"
23  Or, "Do you have any news for me?"
24       A.   I don't recall doing that.
25       Q.   But your recollection is that you had



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe                                         November 19, 2010

275

1                           Volpe

2   a conversation?
3       A.   Yes.
4       Q.   An oral conversation?
5       A.   Yes.
6       Q.   Do you know if the examination, the
7   microscopic examination had been finished when
8   you had this conversation?
9       A.   I don't believe it was even started.
10  I think it was just a visual, you know,
11  look-see.  It wasn't mounted, according to
12  Fraas or Birdsall.  I think it is Fraas.
13      Q.   And do you accept that as accurate?
14      A.   Yes, I do.
15      ~~Q.   Do you recall a question that I just~~
16  ~~asked you about going into the M.E.'s office~~
17  ~~with respect to hairs?  You said you didn't go~~
18  ~~into the M.E.'s office and take hairs and~~
19  ~~plant them in an envelope?~~
20      ~~A.   Yeah.  That's correct.~~
21      ~~Q.   And is that accurate?~~
22      ~~A.   Yes.  Of course.~~
23      ~~Q.   Did you go into the lab, the SIB lab,~~
24  ~~and take hairs and plant them elsewhere?~~
25      ~~A.   No.~~



Toll Free: 800.944.9454
Facsimile: 212.557.5972

ESQUIRE
an Alexander Gallo Company

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com

Joseph Volpe                                                November 19, 2010

276

2    Q.  In your experience as a detective,
3 first in robbery and then in homicide, did you
4 have familiarity with hairs and hair root
5 banding?
6    A.  None.  None at all.
7         ~~MR. FREEMAN:   I have nothing further.~~
8         ~~MR. FERGUSON:  Thank you, gentlemen.~~
9         ~~THE VIDEOGRAPHER:   Off the video~~
10 ~~record at 2:42.~~
11         ~~(Time noted:  2:42 p.m.)~~

~~_____~~

~~Subscribed and sworn to before me~~
~~This _____ day of _____, 20__.~~

~~_____~~
~~NOTARY PUBLIC~~



Toll Free: 800.944.9454
Facsimile: 212.557.5972

Suite 4715
One Penn Plaza
New York, NY 10119
www.esquiresolutions.com