```
UNITED STATES DISTRICT COURT            FILED
EASTERN DISTRICT OF NEW YORK       IN CLERK'S OFFICE
                              U.S. DISTRICT COURT E.D.N.Y.
------------------------------------X
                                    ★  APR 17 2014  ★
JOHN RESTIVO and DENNIS HALSTEAD,
                                    LONG ISLAND OFFICE
            Plaintiffs,

      -against-                          VERDICT SHEET
                                         06-CV-6720(JS)(WDW)
NASSAU COUNTY, CAROLANN HESSEMAN,
AS EXECUTRIX FOR THE ESTATE OF
JOSEPH VOLPE, in his individual
capacity, and CHARLIE FRAAS, in
his individual capacity,

            Defendants.
------------------------------------X
```

**Instructions: You must read each question below carefully and answer all of the questions. Your decision on each question must be unanimous.**

1) In what amount do you award damages for Plaintiff John Restivo?

   Answer: $ __18,000,000_____

2) In what amount do you award damages for Plaintiff Dennis Halstead?

   Answer: $ __18,000,000_____

Foreperson, please sign and date this Verdict Sheet and advise the Court by note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.

                                    _Frederick Scala_____
                                    FOREPERSON

Dated:   April 17, 2014
         Central Islip, NY

The jury has reached a verdict.

*Frederick Scala*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RESTIVO and DENNIS HALSTEAD, | )<br>) |
| Plaintiffs, | )<br>) |
| -against- | ) **STIPULATION**<br>)<br>) |
| NASSAU COUNTY, CAROLANN HESSEMAN, AS EXECUTRIX FOR THE ESTATE OF JOSEPH VOLPE, and in his individual capacity, CHARLIE FRAAS, | )<br>)<br>) 06-CV-6720(JS)(WDW) |
| Defendants. | )<br>)<br>) |

The parties stipulate and agree that Plaintiffs John Restivo and Dennis Halstead were incarcerated from the time of their arrest on June 20, 1985 until the time of their release on June 11, 2003.

Dated: April 17, 2014

_____
Peter Neufeld
Barry C. Scheck
Nick Brustin
Anna Benvenutti Hoffmann
Alexandra Lampert
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson St., 8th Floor
New York, NY 10013

**Attorneys for Plaintiffs**
**John Restivo and Dennis Halstead**

_____
Louis M. Freeman
Lee A. Ginsberg
Nadjia Limani
Freeman, Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, NY 10038

**Attorneys for Defendants**