United States District Court for the

Eastern District of New York

File Number  06 CV 6720 (JS)

| | |
|---|---|
| Dennis Halstead and John Restivo,   ) *Plaintiffs,*   ) v.   ) | Notice of Appeal |
| Carolann Hesseman as Executrix for  ) the Estate of Joseph Volpe.,   ) *Defendant*.   ) | |

Notice is hereby given that Carolann Hesseman as Executrix for the Estate of Joseph Volpe, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 17th day of November, 2014.

/s/
_____Louis M. Freeman_____

Attorney for:
Carolann Hesseman as Executrix for
the Estate of Joseph Volpe

Address:
75 Maiden Lane, Suite 503
New York, NY 10038