UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X  Civil Action No.
JOHN RESTIVO, DENNIS HALSTEAD, MELISSA             06-cv-6720 (JS)(SIL)
LULLO, JASON HALSTEAD, TAYLOR HALSTEAD
and HEATHER HALSTEAD,

                                             Plaintiffs,

                    -against-

NASSAU COUNTY, CAROLANN HESSEMAN, AS
EXECUTRIX FOR THE ESTATE OF JOSEPH VOLPE, in
His Individual Capacity, ROBERT DEMPSEY, in His
Individual Capacity, FRANK SIRIANNI, in His Individual
Capacity, MILTON GRUBER, in His Individual Capacity,
HARRY WALTMAN, in His Individual Capacity, ALBERT
MARTINO, in His Individual Capacity, CHARLIE FRAAS,
In His Individual Capacity, THOMAS ALLAN, in His
Individual Capacity, RICHARD BRUSA, in His Individual
Capacity, VINCENT DONNELLY, in His Individual
Capacity, MICHAEL CONNAUGHTON, in His Individual
Capacity, WAYNE BIRDSALL, in His Individual Capacity,
WILLIAM DIEHL, in His Individual Capacity, DANIEL
PERRINO, in His Individual Capacity, ANTHONY KOZIER,
in His Individual Capacity, Detective Sergeant CAMPBELL
(Shield #48) in His Individual Capacity, SEAN SPILLANE,
in His Individual Capacity, RICHARD ROE SUPERVISORS
#1-10, in Their Individual Capacities,

                                             Defendants.
------------------------------------------------------------------------X

## DECLARATION OF BEAUMONT A. JEFFERSON, COUNTY TREASURER FOR THE COUNTY OF NASSAU

      BEAUMONT A. JEFFERSON, declares under penalty of perjury that the following is true and correct, pursuant to 28 U.S.C. § 1746:

    1. I am the County Treasurer of Nassau County and, as such, have personal knowledge of the assertions made in this declaration.

    2. I make this Affidavit in furtherance of the court's order dated March 29, 2017. I am reporting that $45.0 million remains in a dedicated account for the purpose of satisfying a final,

non-appealable judgment in the above-captioned matter.

Dated: Mineola, New York
      January 5, 2018

                                              Beaumont A. Jefferson
                                              County Treasurer, County of Nassau

Sworn to before me this
5th day of January 2018.

_____
Notary Public

        DIANA CATAPANO
NOTARY PUBLIC, STATE OF NEW YORK
        NO. 01CA6089854
   QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAR. 31, 2019

2