

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081  
Fax: [212] 965-9084

99 Hudson Street, 8th Floor  
New York, New York 10013  
nsbcivilrights.com

January 19, 2018

<u>Via ECF</u>
The Honorable Joanna Seybert
Alfonse M. D'Amato Federal Building
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:** *Restivo & Halstead, et al. v. Nassau County, et al.*, No. 06-CV-6720 (JS)(WDW)

Dear Judge Seybert:

On January 8, 2018, the Supreme Court denied certiorari in the above-captioned case. The parties are currently negotiating a settlement regarding attorney's fees incurred by our firm since the Court's August 28, 2017 fee award, which the parties anticipate will be paid with the remainder of the judgment by February 8, 2018. Out of an abundance of caution, we respectfully request an extension of the January 22, 2018 deadline to file a motion for supplement attorney's fees until February 15, 2018, so that the parties may continue their negotiations. Defendants consent to this motion.

Respectfully,

CC: All Counsel, via ECF

/s/ Anna Benvenutti Hoffmann
Anna Benvenutti Hoffmann
*Attorney for Plaintiffs*