

Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081  
Fax: [212] 965-9084

99 Hudson Street, 8th Floor  
New York, New York 10013  
nsbcivilrights.com

February 9, 2018

**Via ECF**
The Honorable Joanna Seybert
Alfonse M. D'Amato Federal Building
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Restivo & Halstead, et al. v. Nassau County, et al.*, No. 06-CV-6720 (JS)(WDW)

Dear Judge Seybert:

On January 22, 2018, the Court granted Plaintiffs an extension to file our supplemental fee application until February 15, 2018, to permit the parties time to reach agreement on the fees incurred over the past year without incurring the additional costs of preparing a formal application. *See* Text Order, Jan. 22, 2018. Unfortunately, the County has been thus far unable to obtain approval to settle the fee issue, but is hopeful it may be able to do so within the next three weeks. Accordingly, Plaintiffs request an additional three-week extension, until March 8, 2018, to file our final fee application. Defendants consent to this motion.

Respectfully,

CC: All Counsel, via ECF

/s/ Anna Benvenutti Hoffmann
Anna Benvenutti Hoffmann
*Attorney for Plaintiffs*