

April 10, 2018

**Via ECF**
The Honorable Joanna Seybert
Alfonse M. D'Amato Federal Building
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **Re:** *Restivo & Halstead, et al. v. Nassau County, et al.*, No. 06-CV-6720 (JS)(WDW)

Dear Judge Seybert:

      On March 8, 2018, after several unsuccessful attempts to resolve Plaintiffs' final claim for attorney's fees without a formal filing, Plaintiffs filed a supplemental motion for fees and costs incurred over the final year of litigation in this case. D.E. 332. Plaintiffs used the same rates and same billing practices this Court has twice approved as reasonable in the earlier fee awards in this case, and which the Second Circuit affirmed. D.E. 284, 323; 2d Cir. 14-4662, D.E. 263. More than a month has passed, and Defendants have not responded. Plaintiffs respectfully submit that their final motion for fees is both unopposed and ripe for decision. For the reasons stated in the memorandum of law submitted with Plaintiffs' motion, Plaintiffs should be awarded the full $115,649.12 in fees and costs requested.

      Respectfully,

CC: All Counsel, via ECF

      /s/ Anna Benvenutti Hoffmann
      Anna Benvenutti Hoffmann
      *Attorney for Plaintiffs*